# EXHIBIT C

# PHILADELPHIA POLICE DEPARTMENT
## COMPLAINT OR INCIDENT REPORT

| YEAR | DIST. OCC. | D.C. No. | SECT. | DIST. | VEH. NO. | REPORT DATE |
|---|---|---|---|---|---|---|
| 24 | 14 | 010117 | | 14 | V2 | 2-24-24 |

**CRIME OR INCIDENT CLASSIFICATION:** Narcotics
**CODE:** 35A
**TIME OUT:** A/P    **TIME IN:** A/P

**LOCATION OF OCCURRENCE:** 7701 Ogontz
☐ IN  ☐ OUT   **TYPE OF PREM.:**

**DATE OF OCCUR.:** 2-24-24
**DAY CODE:** 6
**TIME OF OCCUR.:** A/P
**NATURE OF INJURY:** None

**COMPLAINANT:** Police
**AGE:** **RACE:** **SEX:** **PHONE (HOME):**

**ADDRESS:** 43 W. Haines
**PHONE (BUSINESS):** 215

**FOUNDED:** ☒ Yes ☐ No
**REPORT TO FOLLOW:** ☒ Yes ☐ No ☐ Close Out
**UNIT:** 1400
**CODE:** **INV. CONT NO.:**

**WITNESS:** ☐ Yes ☐ No
**TRACEABLE PROP.:** ☐ Yes ☐ No
**UNIQUE DESCRIPTION OF OFFENDER:** ☐ Yes ☐ No
**OTHER EVIDENCE:** ☐ Yes ☐ No

**DESCRIPTION OF INCIDENT** (Include Description of Crime Scene if Applicable)

S Arrest

Below male was arrested for illegal narcotics violations at above location

**WITNESS:** **ADDRESS:** **PHONE NUMBER:**

**OFFENDER INFORMATION:** [redacted]

**PROPERTY DESCRIPTION** (Include Make, Model, Color and Serial No. Where Applicable)
**PROP. CODE:** **INSURED:** ☐ Yes ☐ No  **STOLEN VALUE:** $

PR# 3633800 Narcotics
3633861 USC

**VEHICLE 1 — OWNER'S NAME:** **VEHICLE 2 — OWNER'S NAME:**
**VEHICLE 1 — OPERATOR'S NAME:** **VEHICLE 2 — OPERATOR'S NAME:**

**WANTED/STOLEN MESSAGE SENT**
General No.   Date
**DIST./UNIT TERMINAL:** **RECEIPT NO.:** **SENT BY:**

**REPORT PREPARED BY:** Rodriguez
**NO.:** 6046
**DIST./UNIT:** 14
**TOTAL PAGES:** **PAGE NO.:** 1

**REVIEWED BY:** [signature]
**NO.:** 207
**DIST./UNIT:** 19

PURSUANT TO ACT 155 OF 1992, THE BELOW PERSON ACKNOWLEDGES RECEIPT OF THE NOTIFICATION OF VICTIM SERVICES FORM:

**REFERRAL DATE:** **CEN NO.:**

75-48 Front (Rev. 11/09)



**CITY OF PHILADELPHIA**

POLICE DEPARTMENT
Philadelphia Public Services Building (PPSB)
Philadelphia, Pennsylvania 19130

Commanding Officer 14th District
43 W. Haines St
215-686-3140

February 28, 2024

*SENT VIA*
*FIRST CLASS U.S. MAIL*

RILEY DELI
7701 OGONTZ AV
PHILADELPHIA, PA 19150

RE:   CITY CODE §9-4400 NUISANCE BUSINESS NOTIFICATION

Dear Business Owner:

Please be advised that nuisance related activity, as defined by City Code Section 9-4400, has occurred inside your business or on the sidewalk or street abutting your business on February 24, 2024.

The nuisance activity involved narcotics violations and was documented on police report #24-14-010117. Code Violation Notice #6286617-1 was issued to the offender.

Please be advised that if such nuisance behavior occurs on three (3) or more separate days during any twelve (12) month period, your business may be classified as a *"Chronic or Critical Nuisance"* business. Should this occur, the Philadelphia License and Inspections Department could begin legal action to close your establishment.

Please take the necessary steps to stop this behavior from occurring in your business or on the sidewalk or street abutting your property. If you need recommendations of how to stop this nuisance behavior from occurring, please feel free to contact the Crime Prevention Officer at the phone number listed above.

Sincerely,

*Tanisha Williams*
Captain Tanisha Williams
Commanding Officer 14th District