# EXHIBIT E

LTRNBR3 02/24



**pennsylvania**
LIQUOR CONTROL BOARD

October 18, 2024

SKY BEER DELI INC
3401-05 GERMANTOWN AVE
PHILADELPHIA PA 19140-5311

RE:  License No. E-290
     LID No. 65229

Dear Licensee:

This is to advise that a preliminary review of your history of operation and/or citation record may indicate abuse of the licensing privilege. As such, a hearing shall be held to determine whether the following objections constitute activity warranting non-renewal of your license for the license period effective November 1, 2024.

1. It is alleged that you have abused your licensing privilege, and pursuant to Section 470 of the Liquor Code (47 P.S. § 4-470), you may no longer be eligible to hold a license based upon violations of the Liquor Code relative to Citation Numbers 17-0134 and 14-2532.

2. The following officer(s) is not a responsible person of good repute and/or has become a person of ill repute, pursuant to Sections 102 and 470 of the Liquor Code (47 P.S. §§ 1-102 and 4-470)

   Maily Lai    —   President, Secretary, Treasurer, Director, and Shareholder
   Hung Ngo     —   Manager

3. Based on Maily Lai's involvement in Eating Place License No. E-4684 (LID 60937) Best Beer Inc, it is alleged that she may no longer be reputable as required under Sections 102 and 470 of the Liquor Code (47 P.S. §§ 1-102 and 4-470). You did not operate as a bona fide eating place retail dispenser pursuant to section 102 of the Liquor Code (47 P.S. § 1-102) in that you failed to have sufficient seating and the correct square footage which resulted in a suspension of your license on January 19, 2022.

Any of the above-stated reasons is sufficient in and of itself to warrant non-renewal of your license.

You will be contacted at a later date concerning the scheduling of a hearing. For your information, see Section 464 of the Pennsylvania Liquor Code (47 P.S. § 4-464) and Section 3.41 of the Board's Regulations (40 Pa. Code § 3.41) pertaining to hearings.

If you intend to be represented by counsel, you should take this notice to your attorney immediately. Continuance requests to obtain counsel may not be granted.

SKY BEER DELI INC                                                October 18, 2024

In the interim, the license sent to you via separate e-mail shall act as your temporary authority to operate. The temporary authority begins November 1, 2024 and will continue during the administrative hearing process.

Your license fees submitted with the application will be processed following conclusion of this case. Failure to submit appropriate license fees to the Board shall constitute further objection to the renewal of your license.

Sincerely,

*Andrew Stuffick*

Andrew Stuffick, Director
Bureau of Licensing