# EXHIBIT G

| Field | Value |
|---|---|
| LOCATION OF OCCURRENCE | 725 N. 10Th |
| IN/OUT | (blank) |
| TYPE OF PREM. | (blank) |
| DATE OF OCCUR. | 4/23/24 |
| DAY CODE | 1 |
| TIME OF OCCUR. | (blank) |
| A/P | (blank) |
| NATURE OF INJURY | None |
| COMPLAINANT | Police |
| AGE / RACE / SEX / PHONE (HOME) | (blank) |
| ADDRESS | 0900 |
| PHONE (BUSINESS) | (blank) |
| FOUNDED | Yes ☐ No ☐ |
| REPORT TO FOLLOW | Yes ☐ No ☐ Close Out ☐ |
| UNIT / CODE / INV. CONT NO. | (blank) |
| WITNESS | Yes ☐ No ☐ |
| TRACEABLE PROP. | Yes ☐ No ☐ |
| UNIQUE DESCRIPTION OF OFFENDER | Yes ☐ No ☐ |
| OTHER EVIDENCE | Yes ☐ No ☐ |

**DESCRIPTION OF INCIDENT** (Include Description of Crime Scene if Applicable)

S-BAR CHECK

Sgt. 8795 visited CDO Beer store @ 725 N. 10Th st. No issues were noted.

LIC # R7636

OFFENDER INFORMATION: (blank)

PROPERTY DESCRIPTION / PROP. CODE / INSURED / STOLEN VALUE: (blank)

VEHICLE 1 / VEHICLE 2: (blank)

WANTED/STOLEN MESSAGE SENT / DIST./UNIT TERMINAL / RECEIPT NO. / SENT BY: (blank)

REPORT PREPARED BY: (signature)

| DATE OF OCCUR. | DAY CODE | TIME OF OCCUR. | A/P | NATURE OF INJURY |
|---|---|---|---|---|
| 9/18/24 | 3 | 0900 | | None |

**COMPLAINANT:** Police

**ADDRESS:**

**FOUNDED:** ☐ Yes ☐ No
**REPORT TO FOLLOW:** ☐ Yes ☐ No ☐ Close Out
**WITNESS:** ☐ Yes ☐ No
**TRACEABLE PROP.:** ☐ Yes ☐ No
**UNIQUE DESCRIPTION OF OFFENDER:** ☐ Yes ☐ No
**OTHER EVIDENCE:** ☐ Yes ☐ No

**DESCRIPTION OF INCIDENT:**

S- BAR CHECK

Sgt. 8799 visited the CDD Beer store at above location. No issues were noted during the check.

LIC # R 7636 -
Manager X [signature]

| LOCATION OF OCCURRENCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| 125 N. 10th | | | | | | 906 ☐ IN ☐ OUT | |
| DATE OF OCCUR. | DAY CODE | TIME OF OCCUR. | A / P | NATURE OF INJURY | | | |
| 10/21/24 | 1 | | | None | | | |
| COMPLAINANT | | | AGE | RACE | SEX | PHONE (HOME) | |
| Police | | | | | | | |
| ADDRESS | | | | | | PHONE (BUSINESS) | |
| 0900 | | | | | | | |
| FOUNDED ☐ Yes ☐ No | REPORT TO FOLLOW ☐ Yes ☐ No ☐ Close Out | | | UNIT | | CODE | INV. CONT NO. |
| WITNESS ☐ Yes ☐ No | TRACEABLE PROP. ☐ Yes ☐ No | UNIQUE DESCRIPTION OF OFFENDER ☐ Yes ☐ No | | | | OTHER EVIDENCE ☐ Yes ☐ No | |

DESCRIPTION OF INCIDENT (Include Description of Crime Scene if Applicable)

S - BAR CHECK
Sgt. Callahan visited CDO Beer store @ above location. No issues were noted.

Lic # R7636
X Refused to Sign

| WITNESS | ADDRESS | PHONE NUMBER |
|---|---|---|
| | | |

OFFENDER INFORMATION

| PROPERTY DESCRIPTION (Include Make, Model, Color and Serial No. Where Applicable) | PROP. CODE | INSURED ☐ Yes ☐ No | STOLEN VALUE $ |
|---|---|---|---|

DC NO.

| VEHICLE 1 — OWNER'S NAME | VEHICLE 2 — OWNER'S NAME |
|---|---|
| VEHICLE 1 — OPERATOR'S NAME | VEHICLE 2 — OPERATOR'S NAME |

| WANTED/STOLEN MESSAGE SENT General No.         Date | DIST./UNIT TERMINAL | RECEIPT NO. | SENT BY | | |
|---|---|---|---|---|---|
| REPORT PREPARED BY _____ 216809 | | NO. 8799 | DIST./UNIT 09 | TOTAL PAGES 1 | PAGE NO. 1 |
| REVIEWED BY | | NO. | DIST./UNIT | REFERRAL DATE | CEN NO. |