IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF PHILADELPHIA, *et al.*,<br><br>*Defendants*. | CIVIL ACTION<br>NO. 24-6348 |

## O R D E R

**AND NOW**, this 3rd day of December, 2024, after receiving the Plaintiffs' motion for a temporary restraining order, preliminary injunction, and expedited discovery, ECF No. 3, it is hereby **ORDERED** as follows:

(1) a telephonic status conference shall occur on December 11, 2024, at 10:30 a.m.;

(2) Counsel for the Plaintiffs shall provide a teleconference dial-in number and access code to all parties three business days prior to the scheduled conference and e-mail the same to the Chambers e-mail at: chambers_of_judge_jeffrey_l_schmehl@paed.uscourts.gov; and

(3) Counsel for the Plaintiffs shall serve the Defendants with sufficient notice of this hearing.

                                                    **BY THE COURT:**

                                                    */s/ Jeffrey L. Schmehl*_____
                                                    **JEFFREY L. SCHMEHL, J.**