AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION doing business as ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION OF PHILADELPHIA; YO DELI, INC.; BEST BEER, INC.; SKY BEER DELI, INC.; MAYA INVESTMENT GROUP, LLC; 7701 OGONTZ, INC.; CDD 725, INC. and ARAB AMERICAN BUSINESS ASSOCIATION AND PROFESSIONAL ASSOCIATION OF THE DELAWARE VALLEY

*Plaintiff(s)*

v.

CITY OF PHILADELPHIA; COMMONWEALTH OF PENNSYLVANIA; PENNSYLVANIA STATE POLICE BUREAU OF LIQUOR CONTROL ENFORCEMENT and PENNSYLVANIA LIQUOR CONTROL BOARD

*Defendant(s)*

Civil Action No.   24-6348

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Commonwealth of Pennsylvania
1600 Arch Street, Suite 300
Philadelphia, PA 19103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KYLE GARABEDIAN
Kang Haggerty LLC
123 S. Broad St.
Suite 1950
Philadelphia, PA 19109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   11/27/2024

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

*Amanda Frazier*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    24-6348

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* COMMONWEALTH OF PENNSYLVANIA
was received by me on *(date)* DEC. 5TH 2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JEFF MOZAZIOCK ESQ , who is designated by law to accept service of process on behalf of *(name of organization)* COMMONWEATH OF PENNSYLVANIA on *(date)* DEC. 5TH 2024 ; or AT 11:55AM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: DEC. 5TH 2024

*Server's signature*

MICHAEL DOYLE; PROCESS SERVER
*Printed name and title*

MICHAEL H DOYLE.
SUITE 281
230 KINGS HIGHWAY EAST
HADDONFIELD NJ 08033
*Server's address*

215-545-7655

Additional information regarding attempted service, etc: