**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, *et al.*,  :  Plaintiffs,  :  v.  :  CITY OF PHILADELPHIA, et al.,  :  Defendants.  : | Civil Action No. 24-6348 |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Please enter my appearance on behalf of Defendant City of Philadelphia.

                      CITY OF PHILADELPHIA
                      LAW DEPARTMENT

BY:    */s/ Michael Pfautz*
           Deputy City Solicitor
           Attorney I.D. No. 325323
           1515 Arch Street, 15th Floor
           Philadelphia, PA 19102
           Phone: (215) 683-5233
           Fax: (215) 683-5299
           Michael.Pfautz@phila.gov

DATED: December 6, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date set forth below, I served a true and correct copy of the foregoing Entry of Appearance upon all counsel of record via ECF system, and the foregoing document is available for viewing and/or downloading pursuant to the Court's ECF system and is served pursuant to FRCP Rule 5(b) and Local Civil Rule 5.1.2.


BY:  /s/ Michael Pfautz
     Deputy City Solicitor

Dated: December 6, 2024