IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PHILADELPHIA, et al., <br><br> Defendants. | Civil Action <br> No. 24-6348 |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance on behalf of Defendant City of Philadelphia.

        CITY OF PHILADELPHIA
        LAW DEPARTMENT

BY:  */s/ Ryan B. Smith*
    Deputy City Solicitor
    Attorney ID No. 324643
    1515 Arch Street, 15th Floor
    Philadelphia, PA 19102
    Phone: (215) 410-8264
    Fax: (215) 683-5299
    Ryan.Smith@phila.gov

DATED: December 10, 2024

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I served a true and correct copy of the foregoing Entry of Appearance upon all counsel of record via ECF system, and the foregoing document is available for viewing and/or downloading pursuant to the Court's ECF system and is served pursuant to FRCP Rule 5(b) and Local Civil Rule 5.1.2.

BY: /s/ Ryan B. Smith
Deputy City Solicitor

Dated: December 10, 2024