# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF PHILADELPHIA, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br> NO. 24-6348 |

## O R D E R

**AND NOW**, this 11th day of December, 2024, after receiving the Plaintiffs' motion for a temporary restraining order, preliminary injunction, and expedited discovery, ECF No. 3, and after holding a telephonic status conference with counsel, it is hereby **ORDERED** as follows:

(1) the motion for a temporary restraining order is **DENIED WITHOUT PREJUDICE**;

(2) the motion for expedited discovery is **GRANTED**;

(3) the expedited discovery period shall begin immediately and last until March 7, 2025; and

(4) a preliminary-injunction hearing shall occur on March 19, 2025, at 9:30 a.m. in the Courtroom of the undersigned, The Gateway Building, 201 Penn Street, 5th Floor, Reading, Pennsylvania 19601.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**