IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, *et al.*, | : : : : | Civil Action No. 24-6348-JLS |
| Plaintiffs, | : : | |
| v. | : : | |
| CITY OF PHILADELPHIA, *et al.*, | : : | |
| Defendants. | : : | |

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

It is hereby stipulated and agreed by and between undersigned counsel: (1) that the time within which all Defendants may file an Answer or otherwise respond to the Complaint is extended to and includes Monday, January 6, 2025; and (2) that the time within which all Defendants may file a written response to Plaintiffs' Motion for Preliminary Injunction is extended to and includes Thursday, January 16, 2025.

/s/ Kyle Garabedian
KYLE GARABEDIAN
Kang Haggerty
123 South Broad Street, Suite 1950
Philadelphia, PA 19109
(215) 525-5850
KGarabedian@kanghaggerty.com
*Counsel for Plaintiffs*

/s/ Ryan B. Smith
RYAN B. SMITH
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
(215) 410-8264
Ryan.Smith@phila.gov
*Counsel for City Defendants*

/s/ Sarin V. Keosian-Frounjian
SARIN V. KEOSIAN-FROUNJIAN
Deputy Attorney General
Commonwealth of Pennsylvania Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(215) 560-2128
skeosianfrounjian@attorneygeneral.gov
*Counsel for Commonwealth Defendants*

Dated: December 17, 2024

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J**

Dated: December 18, 2024