IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, *et al.*, | : : : | Civil Action No. 24-6348-JLS |
| Plaintiffs, | : : | |
| v. | : : | |
| CITY OF PHILADELPHIA, *et al.*, | : : | |
| Defendants. | : : | |

**ORDER**

**AND NOW,** this _____ day of January, 2025, upon consideration of Defendant City of Philadelphia's Motion for Leave to File Memorandum of Law in Excess of Page Limit, it is hereby **ORDERED** that the Motion is **GRANTED** and the City may file a Memorandum of Law in support of its Motion to Dismiss the Complaint in excess of the applicable page limit, not to exceed 30 pages in length.

_____

Jeffrey L. Schmehl, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, *et al.*, | : : : : | Civil Action No. 24-6348-JLS |
| Plaintiffs, | : : | |
| v. | : : | |
| CITY OF PHILADELPHIA, *et al.*, | : : | |
| Defendants. | : : | |

**DEFENDANT CITY OF PHILADELPHIA'S MOTION
FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF PAGE LIMIT**

Defendants City of Philadelphia asks this Court for permission to file a memorandum of law in excess of the applicable page limit and states the following in support thereof:

1. On November 26, 2024, Plaintiffs filed a forty-one-page Complaint, consisting of 286 paragraphs and seven counts.

2. All seven counts name the City as a defendant.

3. This Court's Individual Rules limit all briefs and memoranda of law to twenty-five pages absent leave of Court. *See* Policies & Procedures at 5, https://www.paed.uscourts.gov/sites/paed/files/documents/procedures/scmpol.pdf.

4. Defendant City of Philadelphia respectfully requests leave to file a memorandum of law in support of their forthcoming Motion to Dismiss the Complaint in excess of twenty-five pages, not to exceed thirty pages.

5. The City submits that it must exceed the page limit to adequately address the separate theories of liability pleaded by Plaintiffs against the City, including constitutional claims for vagueness, overbreadth, the right to petition, equal protection, and civil conspiracy.

Date: January 3, 2025                    Respectfully submitted,

                                      PHILADELPHIA LAW DEPARTMENT
                                      RENEE GARCIA, CITY SOLICITOR

                                      */s/ Ryan B. Smith*
                                      MELISSA MEDINA
                                      Divisional Deputy City Solicitor
                                      MICHAEL PFAUTZ
                                      Deputy City Solicitor
                                      Pa. Bar No. 325323
                                      RYAN B. SMITH
                                      Deputy City Solicitor
                                      Pa. Bar No. 324643
                                      City of Philadelphia Law Department
                                      1515 Arch Street, 15th Floor
                                      Philadelphia, PA 19102
                                      (215) 410-8264
                                      Ryan.Smith@phila.gov
                                      *Counsel for Defendant City of Philadelphia*

**CERTIFICATE OF SERVICE**

I, Ryan B. Smith, hereby certify that on January 3, 2025, I caused a true and correct copy of the foregoing Defendant City of Philadelphia's Motion for Leave to File Memorandum of Law in Excess of Page Limit to be served via CM/ECF filing upon counsel for all parties.

Date: January 3, 2025               */s/ Ryan B. Smith*
                                    Ryan B. Smith
                                    Deputy City Solicitor