**EXHIBIT A**

Page 1

COUNCIL OF THE CITY OF PHILADELPHIA

COMMITTEE ON LICENSES AND INSPECTIONS

```
                Room 400, City Hall
                Philadelphia, Pennsylvania
                Monday, June 6, 2016
                1:25 p.m.
```

PRESENT:
 COUNCILWOMAN MARIA D. QUINONES-SANCHEZ, CHAIR
 COUNCILWOMAN CINDY BASS
 COUNCILWOMAN JANNIE L. BLACKWELL
 COUNCILMAN ALLAN DOMB
 COUNCILMAN WILLIAM K. GREENLEE
 COUNCILMAN CURTIS JONES, JR.
 COUNCILMAN MARK SQUILLA
 COUNCILMAN AL TAUBENBERGER

BILLS 160115, 160245, 160249, 160303, 160365, 160468, and 160469

- - -

Committee on Licenses & Inspections
June 6, 2016

Page 43

1      6/6/16 - L&I - BILL 160115, etc.
2      or that people choose to loiter outside
3      in front of their business, but it is the
4      responsibility of the owner to tell
5      people they are not allowed to hang out
6      out in front of an establishment but for
7      so long.  And if a business owner has
8      swept in front of their store and 30
9      minutes later a strong wind comes along
10     and blows more trash in front of their
11     store, guess what?  We understand that
12     business owners are still responsible for
13     sweeping it up.  It may be annoying on a
14     busy workday.  It may be more than
15     annoying, but the bottom line is the
16     responsibility still falls on the
17     shoulders of the business owner and they
18     have to be held accountable if we ever
19     want all of our business corridors in the
20     City of Philadelphia to look as good as
21     Germantown Avenue in Chestnut Hill or
22     Main Street in Manayunk, for example.
23            The 22nd Street business
24     corridor is a melting pot of
25     nationalities who come together at our

Committee on Licenses & Inspections
June 6, 2016

Page 44

```
 1          6/6/16 - L&I - BILL 160115, etc.
 2      business association meetings to work in
 3      sync with each other.  We have Hispanic
 4      business owners, Arabic business owners,
 5      African business owners, African American
 6      business owners, Asians, and even a
 7      couple Italian business owners still on
 8      22nd Street.  When it comes to the stop
 9      and go's along our corridor, of which we
10      have four, they are all owned by Asian
11      Americans.  Recently, the Business
12      Association, as I noted earlier, met with
13      the President of the Asian American
14      Licensed Beverage Association, AALBA, and
15      some of their members to discuss concerns
16      we have about the stop and go's along
17      North 22nd Street and in that immediate
18      area about their lack of cleanliness,
19      loitering, and people urinating outside
20      on the sides of their buildings.
21              Adam Xue, President of the
22      Asian American Licensed Beverage
23      Association, has made a commitment that
24      stop and go's that are members of his
25      organization will work by a new set of
```

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

|   |   |
|---|---|
| 1 | 6/6/16 - L&I - BILL 160115, etc. |
| 2 | standards and mandates that his |
| 3 | organization has come up with to become |
| 4 | better neighbors to other businesses and |
| 5 | to become better neighbors to the |
| 6 | community.  We believe that's a great |
| 7 | step forward, but we understand that all |
| 8 | stop and go's are not members of the |
| 9 | Asian American Licensed Beverage |
| 10 | Association, and it is those stop and go |
| 11 | owners who most of all need to clean up |
| 12 | and fix up their businesses and clean up |
| 13 | their act. |
| 14 | That's a further reason why the |
| 15 | North 22nd Street Business Association |
| 16 | and the Allegheny West Foundation feels |
| 17 | the City needs a new law put into place |
| 18 | that has more teeth to it that can put |
| 19 | business owners on the hot seat, so to |
| 20 | speak, if they don't keep their |
| 21 | businesses clean and neat. |
| 22 | Getting business owners to take |
| 23 | better care of what their business looks |
| 24 | like and what the sidewalks look like |
| 25 | outside in front of their businesses is |