COUNCIL OF THE CITY OF PHILADELPHIA

COMMITTEE ON LICENSES AND INSPECTIONS

Remote location using Microsoft® Teams
Tuesday, June 6, 2023
10:00 a.m.

PRESENT:

COUNCILMAN MICHAEL DRISCOLL, CHAIR
COUNCILMAN MARK SQUILLA, VICE-CHAIR
COUNCILWOMAN KATHERINE GILMORE RICHARDSON
COUNCILMAN CURTIS JONES, JR.

ALSO PRESENT:

COUNCILMAN ANTHONY PHILLIPS

BILL: 230271

INSPECTOR HEALY:
Councilwoman, I'm happy to step in and I'm sure my partners can step in. Kristin Bray I think is on the call as well. She coordinates as part of the Nuisance Committee that we have. So if I say anything incorrectly, I'm sure she'll jump in and correct me.

The plan right now, this ordinance is really targeted at the business level. So the complaint would come in as they normally would. What happens now is the process once we get those complaints is being shifted as a result of this ordinance. So what happens is the complaints will come in as they do, 311, are directed to the Captains which a lot of them come into. So the Captains are identifying and targeting -- I hate to use that word, but they're identifying the locations that are problematic based upon the complaints they receive.

This ordinance is very

strategic or (inaudible) I should say in the way that it needs to be applied. So it's not something that the average police officer in the District will be writing tickets on. This is something that's coordinated out of the Captain's office. And I'm happy to share what I've already written before. I have a Police Commissioner Memorandum on this ordinance and it's entitled, A Nuisance for Commanders. That's the actual title of the enforcement plan that we have. It will be updated as a result of this ordinance but -- or the amendments. But the process is the complaints come into the Captain. The Captain identifies those locations. And then basically you have to understand just because nuisances happen at a location doesn't mean that the owner is aware of it or is responsible for it. So there's a step-by-step process. There's a three-step process as you

indicated.

The first thing is once we identify nuisance behavior happening out there, we send a first notification letter to the owners of the location indicating, listen, you have nuisance behavior occurring at or on your location. You need to reach out to the Captain. We're happy to reach with you, talk with you and how to develop an abatement plan. If we get no response and we hit it again and go out and get another citation, now it used to be the time period for citations used to be more tight. It's more now three violations as a result of this amendment in a year. So it makes it much easier to do this process and explain it.

So the first letter goes out. They don't respond. We go back out again. We cite the individuals for doing the behavior out on the location. A second time we notify

second inspection, third inspection, coordination with the Strike Force or whatever type of coordination needs to take place for the --

MS. REINHARDT: I'm sorry. I forgot to mention that our initial inspection we do coordinate with the police for assistance from the Narcotics Strike Force. I forget to mention that. I apologize. So they are present at the initial drug paraphernalia inspection.

INSPECTOR HEALY: Can I jump in very quickly and just add, the purpose of our centralizing with the inspector in the Nuisance Abatement Unit or Nuisance Unit is for exactly what you just mentioned, a coordination of efforts and that way they're using the Narcotics Strike Force and using the ROC chiefs if we need to use them for different inspections.

So it's that coordination at that higher level out of the Special

Operations Bureau is why that unit was created. It's in its infancy right now, but we are in fact developing SOPs and flowcharts to ensure that all this stuff is better coordinated to the best we can do between our agencies. But that was the purpose of creating that unit, and also assigning an investigative person to that unit which is critical to actually tying -- I guess we do a lot of paperwork, a lot of things happen out front but how do we prove that what happened out front is actually connected to the establishment.

It may sound silly for us. We all know on its face. But when Law has to go in and argue these cases, they really need to establish that nexus. It's kind of like a problem law statement in a criminal case. It's very identical. So what we're going to do is make sure that process is in place. So as I mentioned

before, the jobs that we have packaged up and hand off to L&I and Law are completely thorough and there's no holes in the investigations and everything is buttoned up tight, that will help us making sure that these cases don't walk when they go to court. So that's incredibly important. So we've dedicated the resources to that within the Police Department.

COUNCILWOMAN GILMORE RICHARDSON: Okay. Understood. And I have just two additional questions: One would be specifically for the L&I part of the process. What is the timeline for each step in the process? And then finally, based on everything we heard today and knowing where we are in the process and knowing the requests that I know I submitted and many of my colleagues have, if you all can speak to if you believe you currently have adequate staffing to address the numerous