**EXHIBIT C**

Case 2:24-cv-06348-JLS   Document 17-3   Filed 01/06/25   Page 2 of 9
Committee on Licenses and Inspections 1
02/23/2024

```
 COUNCIL OF THE CITY OF PHILADELPHIA

COMMITTEE ON LICENSES AND INSPECTIONS




                    Room 400, City Hall
                    Philadelphia, Pennsylvania
                    Friday, February 23, 2024
                    10:00 a.m.




PRESENT:

    COUNCILMAN MICHAEL DRISCOLL, CHAIR
    COUNCILMAN MARK SQUILLA, VICE-CHAIR
    COUNCILWOMAN JAMIE GAUTHIER
    COUNCILMAN ANTHONY PHILLIPS




BILL:  240013
```

```
 1   thank you for allowing the Police
 2   Department the opportunity to voice
 3   its opinion on Bill No. 240013,
 4   creating a commercial establishment
 5   curfew in the Kensington area.
 6             As you know as part of the
 7   Mayor's Executive Order issued on
 8   January 2, 2024, the Police
 9   Commissioner has been tasked with
10   developing a strategy among other
11   strategies to permanently shut down
12   all pervasive open air drug markets
13   including, but not limited to, the
14   open air drug markets in the
15   Kensington neighborhood of
16   Philadelphia.
17             Commissioner Bethel
18   appointed Pedro Rosario as our
19   Deputy Commissioner to specifically
20   oversee this development or the
21   development and implementation of
22   the strategy.  As such, the PPD is
23   very grateful for any additional
24   tools that can be used to assist
25   and accomplish in our mission.
```

```
 1            For this reason, the PPD
 2   fully supports the creation of the
 3   commercial establishment curfew for
 4   businesses between the hours of
 5   11:00 p.m. and 6:00 a.m.  We
 6   believe this curfew can positively
 7   impact crime and disorder that
 8   historically occurs during the
 9   overnight hours.
10            Equally important, we
11   believe this bill can create a
12   synergy with a plan being developed
13   by the PPD to address not only open
14   air drug markets but the overall
15   quality of life for residents in
16   the Kensington area.  With that
17   said, I'd like to specifically
18   thank Councilmembers Lozada,
19   Harrity and Phillips for
20   introducing this bill.
21            On behalf of the
22   Commissioner, again thank you for
23   allowing us the opportunity to
24   voice our opportunity and I'll be
25   happy to answer any questions.
```

```
 1    That concludes my testimony.
 2           COUNCILMAN DRISCOLL:
 3    Commissioner, thank you for your
 4    testimony.  I don't know if we have
 5    any questions from the panel for
 6    the Commissioner.
 7           COUNCILWOMAN LOZADA:  I
 8    just have one question.  Deputy
 9    Commissioner, thank you for your
10    testimony this morning.  Can you
11    speak to what you all in the police
12    department have found within that
13    target area as it relates to
14    business activity that you all have
15    to respond to between that
16    11:00 p.m. to 6:00 a.m.?
17           What is the type of calls
18    you all receive to address in that
19    area?  How does it impact the
20    community from your standpoint, and
21    have you all had an opportunity to
22    talk to community residents about
23    figuring out how you improve or
24    change what is happening during the
25    course of that time?
```

 1   by commending the residents and the
 2   organizations in Kensington.  They
 3   have really been resilient in their
 4   efforts to have the City officials
 5   address what we believe is cleaning
 6   up Kensington, improving the
 7   quality of life and providing
 8   services that are vital to the
 9   City's success of showing up as a
10   world class city.
11            I also commend Mayor Parker
12   for placing this issue at the top
13   of her agenda in her 100-day plan,
14   action plan for the City, and the
15   Councilmembers who have recently
16   formed the Kensington Caucus which
17   aims to execute a
18   neighborhood-driven plan to address
19   this crisis.
20            And finally, I commend
21   Councilman Jones on his recent bill
22   to ban the gaming machines because
23   we also see it as part of these
24   nuisance businesses that operate
25   24/7 and kind of contribute to

```
 1   this.  However, I want to caution
 2   the City from looking at this as an
 3   isolated issue that only impacts
 4   Kensington.
 5           While Kensington is ground
 6   zero and has by far seen the worst
 7   of the epidemic and certainly
 8   deserves every resource and
 9   enforcement effort, the Frankford
10   neighborhood which is only
11   separated by one train stop, that's
12   the area in Torresdale Station, is
13   also a very vulnerable neighborhood
14   with very similar demographics when
15   it comes to racial makeup, poverty,
16   educational attainment, vacancy,
17   blight and disinvestment.
18           Bill No. 240013 seeks to
19   limit the operation hours of
20   certain businesses along Kensington
21   and Frankford Avenue corridor from
22   6:00 a.m. to 11:00 p.m.  We
23   understand and appreciate the need
24   for this legislation because
25   similar to Kensington, Frankford
```

```
 1   has a number of what we call smoke
 2   shops and businesses that operate
 3   with food establishment licenses,
 4   but they barely sell any food that
 5   have hours that extend for 24
 6   hours.
 7            These establishments have
 8   also served as a nuisance on our
 9   commercial corridor.  And several
10   of them have been shut down on
11   numerous occasions by L&I and by
12   the Health Department, but they
13   soon open right back up within a
14   day or two.  They have been a site
15   for illegal drug sales,
16   prostitution, shootings and other
17   violent crimes.
18            During COVID we've seen a
19   number of these 24/7 convenience
20   stores open up along the commercial
21   corridor, leaving us with about
22   three or four every block of
23   Frankford Avenue between Church
24   Street and Bridge Street.  That's
25   how concentrated it is.
```

1      So again, we understand and
2  appreciate what you're aiming to do
3  with this bill.  However, to limit
4  the bill from Lehigh to Tioga
5  leaves Frankford in a very
6  vulnerable place.  Like I said,
7  we're only separated by one train
8  stop.  And so, what you do in
9  Kensington will likely push that
10 activity to Frankford because once
11 those -- the height of the activity
12 is like the Police Commissioner
13 said from 11:00 to 6:00 a.m.,
14 right, because L&I is not out there
15 to shut them down, Health
16 Department is not out there, a lot
17 of people are not out there calling
18 the cops, so that is the height of
19 the activity.
20      If you close it down in
21 Kensington from 11:00 to 6:00, they
22 can come right up the street, and
23 we have three to four on every
24 block on our commercial corridor,
25 and that activity will simply move