**EXHIBIT D**

Case 2:24-cv-06348-JLS   Document 17-4   Filed 01/06/25   Page 2 of 6
Committee on Licenses and Inspections                          1
06/03/2024

```
           COUNCIL OF THE CITY OF PHILADELPHIA

           COMMITTEE ON LICENSES AND INSPECTIONS




                    Room 400, City Hall
                    Philadelphia, Pennsylvania
                    Monday, June 3, 2024
                    1:40 p.m.




PRESENT:

    COUNCILMAN MICHAEL DRISCOLL, CHAIR
    COUNCILMAN MARK SQUILLA, VICE-CHAIR
    COUNCILWOMAN JAMIE GAUTHIER
    COUNCILWOMAN KATHERINE GILMORE RICHARDSON
    COUNCILMAN CURTIS JONES, JR.
    COUNCILMAN ANTHONY PHILLIPS




 BILLS:   240371, 240414, 240468, 240471,
          240474, 240476, 240498, 240500
```

```
 1              Bill No. 240500, an
 2   ordinance amending Title 9 of The
 3   Philadelphia Code, entitled
 4   "Regulation of Businesses, Trades
 5   and Professions," by adding a new
 6   chapter creating requirements
 7   related to the operation and
 8   maintenance of electric vehicle
 9   charging stations installed at
10   certain commercial and residential
11   parcels, all under certain terms
12   and conditions.
13              COUNCILMAN DRISCOLL:
14   Ms. McDonald, will you please call
15   the first panel we have to testify
16   this morning on Bill No. 240474.
17              THE CLERK:  Deputy
18   Commissioner Francis Healy of the
19   Philadelphia Police Department has
20   submitted a written testimony on
21   this bill.
22              COUNCILMAN DRISCOLL:  Duly
23   noted.
24              THE CLERK:  Shannon
25   Farrell.
```

Case 2:24-cv-06348-JLS   Document 17-4   Filed 01/06/25   Page 4 of 6
Committee on Licenses and Inspections                              8
06/03/2024

```
 1            (Witness approached Witness
 2   table.)
 3            COUNCILMAN DRISCOLL:  I
 4   know you know the routine, but
 5   state your name for the record.
 6            MS. FARRELL:  Shannon
 7   Farrell, President of Harrowgate
 8   Civic Association.
 9            COUNCILMAN DRISCOLL:  Thank
10   you for being here today.
11            MS. FARRELL:  Thank you for
12   presenting the bill.
13            COUNCILMAN DRISCOLL:
14   Please proceed.
15            MS. FARRELL:  So I was
16   actually one of the people who
17   reached out to Councilman
18   Driscoll's office to ask for the
19   curfew bill to be extended into our
20   area for some of the same reasons.
21   We have a lot of businesses that
22   are staying open during the night
23   that are barbershops that are not
24   cutting hair but are taking part
25   into the drug trade.
```

```
 1            We have other stores, take-
 2   out restaurants that are selling
 3   paraphernalia, drug paraphernalia,
 4   are selling papers, pipes and some
 5   of them have some needles in there,
 6   to sell them lose cigarettes and
 7   keeping the individuals that we are
 8   having issues with on the business
 9   corridors.
10            We have convenience stores
11   that are staying open that are
12   accepting stolen property that
13   they're stealing from us.  They
14   steal from us at night, steal off
15   our porches, from our yards, break
16   into our cars and they go to some
17   of the convenience stores that are
18   open overnight and sell them the
19   product.  I've personally had my
20   stuff stolen off my porch and then
21   went and found it at one of the
22   convenience stores.  We're
23   hoping -- our hope is that it will
24   help cut down on that during the
25   night.
```

```
 1              Some of them play loud
 2   music, some of the stores that
 3   disturb the neighbors, and we're
 4   hoping that it just kind of gives a
 5   peaceful night and maybe less
 6   stealing.  You know, if they have
 7   nowhere to take it during the night
 8   and they don't have anywhere to
 9   store it, they might just leave it
10   alone.  And we're home during the
11   day sometimes and there's more
12   people out and it's more activity.
13              It draws some of the
14   individuals that are suffering with
15   drug abuse to residential streets
16   with the corners on the property
17   where they're sleeping outside of
18   it because that's where they're
19   getting a pint of rice, but they're
20   also picking up their loosie
21   cigarettes and their crack pipes
22   and their needles.  So we're hoping
23   that that'll help displace and stop
24   the behavior from coming closer
25   into the residents instead of along
```