IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, *et al.*, | : : : : | Civil Action No. 24-6348-JLS |
| Plaintiffs, | : : | |
| v. | : : | |
| CITY OF PHILADELPHIA, *et al.*, | : : | |
| Defendants. | : : | |

**ORDER**

**AND NOW,** this  7th  day of January, 2025, upon consideration of Defendant City of Philadelphia's Motion for Leave to File Memorandum of Law in Excess of Page Limit, it is hereby **ORDERED** that the Motion is **GRANTED** and the City may file a Memorandum of Law in support of its Motion to Dismiss the Complaint in excess of the applicable page limit, not to exceed 30 pages in length.

/s/ Jeffrey L. Schmehl
_____
Jeffrey L. Schmehl, J.