IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF PHILADELPHIA, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br> NO. 24-6348 |

**O R D E R**

**AND NOW**, this 7th day of January, 2025, it is hereby **ORDERED** that the above captioned matter is **REFERRED** to United States Magistrate Judge Craig M. Straw for the purpose of scheduling and conducting a settlement conference. Plaintiff's counsel shall contact Magistrate Judge Straw's chambers immediately to schedule a settlement conference.

BY THE COURT:


*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**