# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, *et al.*, | Civil Action No. 24-6348-JLS |
| Plaintiffs, | |
| v. | |
| CITY OF PHILADELPHIA, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW,** this 10th day of January, 2025, upon consideration of Defendant City of Philadelphia's Unopposed Motion for Leave to File Memorandum of Law in Excess of Page Limit, it is hereby **ORDERED** that the Motion is **GRANTED** and the City may file a Memorandum of Law in opposition to Plaintiffs' Motion for Preliminary Injunction in excess of the applicable page limit, not to exceed the length of Plaintiffs' Memorandum of Law in Support of their Motion for Preliminary Injunction (ECF No. 3).

/s/ Jeffrey L. Schmehl

Jeffrey L. Schmehl, J.