**EXHIBIT B**

Committee on Licenses and Inspections
6/6/2023

```
            COUNCIL OF THE CITY OF PHILADELPHIA

          COMMITTEE ON LICENSES AND INSPECTIONS




                    Remote location using Microsoft® Teams
                    Tuesday, June 6, 2023
                    10:00 a.m.




         PRESENT:

              COUNCILMAN MICHAEL DRISCOLL, CHAIR
              COUNCILMAN MARK SQUILLA, VICE-CHAIR
              COUNCILWOMAN KATHERINE GILMORE RICHARDSON
              COUNCILMAN CURTIS JONES, JR.

         ALSO PRESENT:

              COUNCILMAN ANTHONY PHILLIPS




              BILL:  230271
```

```
 1           INSPECTOR HEALY:
 2   Councilwoman, I'm happy to step in
 3   and I'm sure my partners can step in.
 4   Kristin Bray I think is on the call
 5   as well.  She coordinates as part of
 6   the Nuisance Committee that we have.
 7   So if I say anything incorrectly, I'm
 8   sure she'll jump in and correct me.
 9           The plan right now, this
10   ordinance is really targeted at the
11   business level.  So the complaint
12   would come in as they normally would.
13   What happens now is the process once
14   we get those complaints is being
15   shifted as a result of this
16   ordinance.  So what happens is the
17   complaints will come in as they do,
18   311, are directed to the Captains
19   which a lot of them come into.  So
20   the Captains are identifying and
21   targeting -- I hate to use that word,
22   but they're identifying the locations
23   that are problematic based upon the
24   complaints they receive.
25           This ordinance is very
```

```
 1    strategic or (inaudible) I should say
 2    in the way that it needs to be
 3    applied.  So it's not something that
 4    the average police officer in the
 5    District will be writing tickets on.
 6    This is something that's coordinated
 7    out of the Captain's office.  And I'm
 8    happy to share what I've already
 9    written before.  I have a Police
10    Commissioner Memorandum on this
11    ordinance and it's entitled, A
12    Nuisance for Commanders.  That's the
13    actual title of the enforcement plan
14    that we have.  It will be updated as
15    a result of this ordinance but -- or
16    the amendments.  But the process is
17    the complaints come into the Captain.
18    The Captain identifies those
19    locations.  And then basically you
20    have to understand just because
21    nuisances happen at a location
22    doesn't mean that the owner is aware
23    of it or is responsible for it.  So
24    there's a step-by-step process.
25    There's a three-step process as you
```

1     indicated.
2           The first thing is once we
3     identify nuisance behavior happening
4     out there, we send a first
5     notification letter to the owners of
6     the location indicating, listen, you
7     have nuisance behavior occurring at
8     or on your location.  You need to
9     reach out to the Captain.  We're
10    happy to reach with you, talk with
11    you and how to develop an abatement
12    plan.  If we get no response and we
13    hit it again and go out and get
14    another citation, now it used to be
15    the time period for citations used to
16    be more tight.  It's more now three
17    violations as a result of this
18    amendment in a year.  So it makes it
19    much easier to do this process and
20    explain it.
21          So the first letter goes out.
22    They don't respond.  We go back out
23    again.  We cite the individuals for
24    doing the behavior out on the
25    location.  A second time we notify

1  second inspection, third inspection,
2  coordination with the Strike Force or
3  whatever type of coordination needs
4  to take place for the --
5           MS. REINHARDT:  I'm sorry.  I
6  forgot to mention that our initial
7  inspection we do coordinate with the
8  police for assistance from the
9  Narcotics Strike Force.  I forget to
10 mention that.  I apologize.  So they
11 are present at the initial drug
12 paraphernalia inspection.
13          INSPECTOR HEALY:  Can I jump
14 in very quickly and just add, the
15 purpose of our centralizing with the
16 inspector in the Nuisance Abatement
17 Unit or Nuisance Unit is for exactly
18 what you just mentioned, a
19 coordination of efforts and that way
20 they're using the Narcotics Strike
21 Force and using the ROC chiefs if we
22 need to use them for different
23 inspections.
24          So it's that coordination at
25 that higher level out of the Special

1   Operations Bureau is why that unit
2   was created.  It's in its infancy
3   right now, but we are in fact
4   developing SOPs and flowcharts to
5   ensure that all this stuff is better
6   coordinated to the best we can do
7   between our agencies.  But that was
8   the purpose of creating that unit,
9   and also assigning an investigative
10  person to that unit which is critical
11  to actually tying -- I guess we do a
12  lot of paperwork, a lot of things
13  happen out front but how do we prove
14  that what happened out front is
15  actually connected to the
16  establishment.
17          It may sound silly for us.  We
18  all know on its face.  But when Law
19  has to go in and argue these cases,
20  they really need to establish that
21  nexus.  It's kind of like a problem
22  law statement in a criminal case.
23  It's very identical.  So what we're
24  going to do is make sure that process
25  is in place.  So as I mentioned

1   before, the jobs that we have
2   packaged up and hand off to L&I and
3   Law are completely thorough and
4   there's no holes in the
5   investigations and everything is
6   buttoned up tight, that will help us
7   making sure that these cases don't
8   walk when they go to court.  So
9   that's incredibly important.  So
10  we've dedicated the resources to that
11  within the Police Department.
12              COUNCILWOMAN GILMORE
13  RICHARDSON:  Okay.  Understood.  And
14  I have just two additional questions:
15  One would be specifically for the L&I
16  part of the process.  What is the
17  timeline for each step in the
18  process?  And then finally, based on
19  everything we heard today and knowing
20  where we are in the process and
21  knowing the requests that I know I
22  submitted and many of my colleagues
23  have, if you all can speak to if you
24  believe you currently have adequate
25  staffing to address the numerous