**EXHIBIT D**

COUNCIL OF THE CITY OF PHILADELPHIA

COMMITTEE ON LICENSES AND INSPECTIONS

Room 400, City Hall
Philadelphia, Pennsylvania
Monday, June 3, 2024
1:40 p.m.

PRESENT:

COUNCILMAN MICHAEL DRISCOLL, CHAIR
COUNCILMAN MARK SQUILLA, VICE-CHAIR
COUNCILWOMAN JAMIE GAUTHIER
COUNCILWOMAN KATHERINE GILMORE RICHARDSON
COUNCILMAN CURTIS JONES, JR.
COUNCILMAN ANTHONY PHILLIPS

BILLS:    240371, 240414, 240468, 240471,
          240474, 240476, 240498, 240500

 1          Bill No. 240500, an

 2     ordinance amending Title 9 of The

 3     Philadelphia Code, entitled

 4     "Regulation of Businesses, Trades

 5     and Professions," by adding a new

 6     chapter creating requirements

 7     related to the operation and

 8     maintenance of electric vehicle

 9     charging stations installed at

10     certain commercial and residential

11     parcels, all under certain terms

12     and conditions.

13          COUNCILMAN DRISCOLL:

14     Ms. McDonald, will you please call

15     the first panel we have to testify

16     this morning on Bill No. 240474.

17          THE CLERK:  Deputy

18     Commissioner Francis Healy of the

19     Philadelphia Police Department has

20     submitted a written testimony on

21     this bill.

22          COUNCILMAN DRISCOLL:  Duly

23     noted.

24          THE CLERK:  Shannon

25     Farrell.

 1          (Witness approached Witness

 2    table.)

 3          COUNCILMAN DRISCOLL:  I

 4    know you know the routine, but

 5    state your name for the record.

 6          MS. FARRELL:  Shannon

 7    Farrell, President of Harrowgate

 8    Civic Association.

 9          COUNCILMAN DRISCOLL:  Thank

10    you for being here today.

11          MS. FARRELL:  Thank you for

12    presenting the bill.

13          COUNCILMAN DRISCOLL:

14    Please proceed.

15          MS. FARRELL:  So I was

16    actually one of the people who

17    reached out to Councilman

18    Driscoll's office to ask for the

19    curfew bill to be extended into our

20    area for some of the same reasons.

21    We have a lot of businesses that

22    are staying open during the night

23    that are barbershops that are not

24    cutting hair but are taking part

25    into the drug trade.

1          We have other stores, take-

2    out restaurants that are selling

3    paraphernalia, drug paraphernalia,

4    are selling papers, pipes and some

5    of them have some needles in there,

6    to sell them lose cigarettes and

7    keeping the individuals that we are

8    having issues with on the business

9    corridors.

10          We have convenience stores

11    that are staying open that are

12    accepting stolen property that

13    they're stealing from us.  They

14    steal from us at night, steal off

15    our porches, from our yards, break

16    into our cars and they go to some

17    of the convenience stores that are

18    open overnight and sell them the

19    product.  I've personally had my

20    stuff stolen off my porch and then

21    went and found it at one of the

22    convenience stores.  We're

23    hoping -- our hope is that it will

24    help cut down on that during the

25    night.

```
 1              Some of them play loud
 2    music, some of the stores that
 3    disturb the neighbors, and we're
 4    hoping that it just kind of gives a
 5    peaceful night and maybe less
 6    stealing.  You know, if they have
 7    nowhere to take it during the night
 8    and they don't have anywhere to
 9    store it, they might just leave it
10    alone.  And we're home during the
11    day sometimes and there's more
12    people out and it's more activity.
13              It draws some of the
14    individuals that are suffering with
15    drug abuse to residential streets
16    with the corners on the property
17    where they're sleeping outside of
18    it because that's where they're
19    getting a pint of rice, but they're
20    also picking up their loosie
21    cigarettes and their crack pipes
22    and their needles.  So we're hoping
23    that that'll help displace and stop
24    the behavior from coming closer
25    into the residents instead of along
```