### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, et al., | : <br> : <br> :  No. 2:24-cv-06348 |
| Plaintiffs, | : |
| v. | :  Judge Schmehl <br> : |
| CITY OF PHILADELPHIA, et al., | :  Electronically Filed Document <br> :  *Complaint Filed 11/26/2024* |
| Defendants. | : |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Commonwealth Defendants' Motion for Leave to Exceed Court's Twenty-Five Page Limit on Briefs, it is hereby **ORDERED** that the Motion is **GRANTED**. Commonwealth Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, filed simultaneously herewith as ECF No. 25, is deemed accepted and filed as of January 16, 2025.

_____
**HONORABLE JEFFREY L. SCHMEHL**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, et al., | : | |
|---|---|---|
| | : | No. 2:24-cv-06348 |
| Plaintiffs, | : | |
| v. | : | Judge Schmehl |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | Electronically Filed Document |
| | : | *Complaint Filed 11/26/2024* |
| Defendants. | : | |

### COMMONWEALTH DEFENDANTS' MOTION FOR LEAVE TO EXCEED TWENTY-FIVE PAGE LIMIT ON BRIEFS

Defendants Commonwealth of Pennsylvania, Pennsylvania State Police Bureau of Liquor Control Enforcement, and Pennsylvania Liquor Control Board (collectively, "Commonwealth Defendants"), by and through undersigned counsel, hereby move for leave to exceed this Court's twenty-five page limit on briefs, specifically with respect to Commonwealth Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction (hereinafter, "Opposition").

Commonwealth Defendants respectfully request leave to exceed the twenty-five page limit on briefs enumerated within the Court's Policies and Procedures, with respect to Commonwealth Defendants' Opposition. The Court's Policies and Procedures require that all briefs or memoranda must be limited to twenty-five pages. (Policies and Procedures of Schmehl, J., at p. 5.) Commonwealth Defendants presently request permission to exceed the page limit by **two pages**. Commonwealth Defendants' Opposition is a total of twenty-seven pages, not including Commonwealth Defendants' proposed order and corresponding Certificate of Service. Commonwealth Defendants contend good cause warrants exceeding the Court's page limit by two-pages. Plaintiffs' Memorandum of Law in support of Plaintiffs' pending Motion for Preliminary Injunction is approximately forty-eight pages, and asserts a plethora of accusations against

Commonwealth Defendants. (ECF No. 3.) Plaintiffs' Memorandum of Law, itself, fails to comply with the twenty-five page limit mandated by this Court's Policies and Procedures. (*Id.*) Commonwealth Defendants reasonably represent that the Court's twenty-five page limit must be exceeded by two-pages in order to adequately address the arguments and representations made within Plaintiffs' Memorandum of Law, and furthermore, enumerate imperative opposing arguments. Based on the foregoing, Commonwealth Defendants respectfully request leave to exceed the twenty-five page limit on briefs enumerated within the Court's Policies and Procedures, with respect to Commonwealth Defendants' Opposition.

                                    Respectfully submitted,

Dated: January 16, 2025                       MICHELLE A. HENRY
                                                                       Attorney General

By:  /s/ *Sarin V. Keosian-Frounjian*

COMMONWEALTH OF PENNSYLVANIA       SARIN V. KEOSIAN-FROUNJIAN
OFFICE OF ATTORNEY GENERAL           Deputy Attorney General
1600 Arch Street, Suite 300                  Attorney I.D. 329591
Philadelphia, Pennsylvania 19103
Phone: (215) 560-2128                        NICOLE R. DITOMO
Email: skeosianfrounjian@attorneygeneral.gov  Chief Deputy Attorney General
                                                     Civil Litigation Section

                                                      *Counsel for Defendants Commonwealth of Pennsylvania, Pennsylvania State Police Bureau of Liquor Control Enforcement and Pennsylvania Liquor Control Board*

## CERTIFICATE OF SERVICE

I, Sarin V. Keosian-Frounjian, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on January 16, 2025, I caused to be served a true and correct copy of the foregoing document titled, "Commonwealth Defendants' Motion to Exceed Twenty-Five Page Limit on Breifs", to the following:

**VIA ECF**

Edward T. Kang, Esq.
Kyle Garabedian, Esq.
Kelly A Lavelle, Esq.
Kang Haggerty LLC
123 S. Broad Street, Suite 1950
Philadelphia, PA 19109
ekang@kanghaggerty.com
kgarabedian@kanghaggerty.com
klavelle@kanghaggerty.com
*Counsel for Plaintiffs*

**VIA ECF**

Michael Wu-Kung Pfautz, Esq.
Ryan Smith, Esq.
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
michael.pfautz@phila.gov
Ryan.Smith@phila.gov
*Counsel for Defendant City of Philadelphia*

   */s/ Sarin V. Keosian-Frounjian*
**SARIN V. KEOSIAN-FROUNJIAN**
**Deputy Attorney General**