## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION d/b/a ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION OF PHILADELPHIA, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PHILADELPHIA, *et al.*, <br><br> Defendants. | CIVIL ACTION <br><br> Case No. 2:24-cv-06348 <br><br> ***Jury Trial Demanded*** |

### NOTICE OF INTENT TO AMEND

**PLEASE TAKE NOTICE** that Plaintiffs intend to amend the complaint by filing an amended complaint within the time allotted under Fed. R. Civ. P. 15(a)(1)(B), which allows a plaintiff to amend its complaint no later than 21 days after service of a motion to dismiss under Fed. R. Civ. P. 12(b). Defendants filed their Motions to Dismiss under Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) on January 6, 2025 (Doc. Nos. 17 & 18). Accordingly, Plaintiffs respectfully request that the Court take no action on the pending Motions to Dismiss (Doc. Nos. 17 & 18) before Plaintiffs' deadline to amend their complaint.

Respectfully submitted,

**KANG HAGGERTY LLC**

*/s/ Kyle Garabedian*
Edward T. Kang
Kyle Garabedian
Kelly Lavelle
123 South Broad Street, Suite 1950
Philadelphia, Pennsylvania 19109
(215) 525-5850 (tel)
(215) 525-5860 (fax)
ekang@kanghaggerty.com

                                                                                  kgarabedian@kanghaggerty.com
                                                                                  klavelle@kanghaggerty.com
                                                                                      *Counsel for Plaintiffs*

Dated: January 21, 2025

**CERTIFICATE OF SERVICE**

I, Kyle Garabedian, Attorney for the Plaintiffs, hereby certify that on January 21, 2025, I caused the foregoing Notice of Intent to Amend to be served upon the following counsel via CM/ECF Notification.

| | |
|---|---|
| Michael Pfautz, Esq.<br>Ryan B. Smith, Esq.<br>City of Philadelphia Law Department<br>1515 Arch St., 15th Fl<br>Philadelphia, PA 19102<br>P: (215) 683-5233<br>F: (215) 683-5299<br>Michael.Pfautz@phila.gov<br>Ryan.Smith@phila.gov<br>*Attorneys for Defendant City of Philadelphia* | Sarin V. Keosian-Frounjian, Esq.<br>Commonwealth of Pennsylvania<br>Office of the Attorney General<br>1600 Arch St., Suite 300<br>Philadelphia, PA 19103<br>P: (215) 560-2128<br>skeosianfrounjian@attorneygeneral.gov<br>*Attorney for Commonwealth Defendants* |

Dated: January 21, 2025

*/s/ Kyle Garabedian*
Kyle Garabedian