IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, et al., | : <br> : <br> : No. 2:24-cv-06348 |
| Plaintiffs, | : |
| v. | : Judge Schmehl <br> : |
| CITY OF PHILADELPHIA, et al., | : Electronically Filed Document <br> : *Complaint Filed 11/26/2024* |
| Defendants. | : |

## ORDER

AND NOW, this __23rd__ day of ____January____, 2025, upon consideration of Commonwealth Defendants' Motion for Leave to Exceed Court's Twenty-Five Page Limit on Briefs, it is hereby **ORDERED** that the Motion is **GRANTED**. Commonwealth Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, filed simultaneously herewith as ECF No. 25, is deemed accepted and filed as of January 16, 2025.

/s/ Jeffrey L. Schmehl
**HONORABLE JEFFREY L. SCHMEHL**
**United States District Court Judge**