# EXHIBIT F



# CITY OF PHILADELPHI

**POLICE DEPARTMENT**
400 NORTH BROAD STREET
PHILADELPHIA, PENNSYLVANIA 19130

Captain Joseph Busa
39th District Commanding Officer
2201 W Hunting Park Avenue
Philadelphia, PA, 19140

September 12th, 2024

*SENT VIA*
*FIRST CLASS U.S. MAIL*

Bu-Bu Deli
3153 N 22nd St
Philadelphia, PA, 19132

Maya 2008 Investment Group
2901 N 27th St
Philadelphia, PA 19132

RE: CITY CODE §9-4400 NUISANCE BUSINESS NOTIFICATION

Dear Maya 2008 Investment Group:

Please be advised that nuisance related activity, as defined by City Code Section 9-4400, has occurred inside your business or on the sidewalk or street abutting your business on September 12th, 2024.

A copy of the police report(s) is/are attached.

Please be advised that if such nuisance behavior occurs on three (3) or more separate days during any twelve (12) month period, your business may be classified as a "Chronic or Critical Nuisance" business. Should this occur, the Philadelphia License and Inspections Department could begin legal action to close your establishment.

Please take the necessary steps to stop this behavior from occurring in your business or on the sidewalk or street abutting your property. If you need recommendations of how to stop this nuisance behavior from occurring, please feel free to contact the Crime Prevention Officer at the phone number listed above.

Sincerely,

Captain Joseph Busa #2
Commanding Officer 39th District

## CITY OF PHILADELPHIA CODE VIOLATION NOTICE



**6456364-5**   DATE: 9.14.24   TIME: 8:10 PM

NAME OF VIOLATOR: Bo-Bo Deli
ADDRESS OF VIOLATOR: 3153 N. 22nd
CITY: Phila   STATE: PA   ZIP: 19132

VIOLATION STREET CODE:
LOCATION OF VIOLATION: HOUSE # 3153   DIRECTION N.   STREET NAME 22nd   DESIGNATION St.

OWNER CODE:
OWNER: Maya Investment Group LLC
OWNER ADDRESS: 2901 N. 27th
CITY: Philadelphia   STATE: PA   ZIP: 19132

YOU ARE HEREBY NOTIFIED THAT YOU VIOLATED THE FOLLOWING SECTION OF THE PHILADELPHIA CODE.

If payment is not received within 10 calendar days, a $25.00 additional penalty is due.

- 01 ☐ PM 302.4 — High Weeds — $75
- 04 ☐ 10-704.1 — Sidewalk not Litter Free — $50
- 06 ☐ 10-714.1 — Premises not Litter Free — $50
- 07 ☐ 10-717.1A — Trash Set out Early — $50

FINE AMOUNT FOR VIOLATION LISTED BELOW IS CIRCLED
$25   $50   $75   $100   $150   $250
19 ☒ Other: 9Z069AZ

Comments: Created a nuisance

Returned Checks. If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize The City of Philadelphia or its agent to make a one-time electronic fund transfer from your account to collect a fee of $20; and (2) The City of Philadelphia or its agent may re-present your check electronically to your depository institution for payment.

Issuing Officer: P/O Evitts   Badge No.: 3362   Dept: PPD   Viol Dist: 39T5

IMPORTANT ... See instructions on back.

---

## PHILADELPHIA POLICE DEPARTMENT
## COMPLAINT OR INCIDENT REPORT

YEAR: 2024   DIST./OCC.: 39   D.C. No.: 060851   SECT.: 3   DIST.: 39   VEH. NO.: T5   REPORT DATE: 9-14-2024

CRIME OR INCIDENT CLASSIFICATION:   CODE:   TIME OUT: 8:15 P   TIME IN: 9:00 P

LOCATION OF OCCURRENCE: 3153 N. 22nd Street   ☒ OUT   TYPE OF PREM.:

DATE OF OCCUR.: 9-14-2024   DAY CODE: 6   TIME OF OCCUR.: 8:15 P   NATURE OF INJURY: None

COMPLAINANT: Police
ADDRESS: 39th District

FOUNDED: ☐ Yes ☐ No   REPORT TO FOLLOW: ☐ Yes ☐ No ☐ Close Out   UNIT:   CODE/INV. CONT NO.:

WITNESS: ☐ Yes ☐ No   TRACEABLE PROP.: ☐ Yes ☐ No   UNIQUE DESCRIPTION OF OFFENDER: ☐ Yes ☐ No   OTHER EVIDENCE: ☐ Yes ☐ No

DESCRIPTION OF INCIDENT (Include Description of Crime Scene if Applicable):
S: CVN. Upon arrival at the business at the above location Police observed multiple individuals creating a nuisance by blocking the active pedestrian sidewalk and, when politely asked, failed to disperse from outside the store. CVN# 6456364-5 issued.

Notifications made to 311 #17149485

REPORT PREPARED BY: Miller / Evitts   NO.: 4243 / 3362   DIST./UNIT: 39T5   TOTAL PAGES: 1   PAGE NO.: 1

75-48 Front (Rev. 11/09)   299609   292049

**CITY OF PHILADELPHIA**
**CODE VIOLATION NOTICE**



**6456361-2**  DATE 9.12.24  TIME 11:15 PM

NAME OF VIOLATOR: Tisha Vega
ADDRESS OF VIOLATOR: 2635 N. 2nd St.
CITY: Phila  STATE: PA  ZIP: 19133

VIOLATION STREET CODE:

LOCATION OF VIOLATION — HOUSE # 3163  DIRECTION N.  STREET NAME 22nd St.

OWNER CODE:
OWNER: Maya 2008 Investment Group LLC
OWNER ADDRESS: 2901 N. 27th St.
CITY: Philadelphia  STATE: PA  ZIP: 19132

YOU ARE HEREBY NOTIFIED THAT YOU VIOLATED THE FOLLOWING SECTION OF THE PHILADELPHIA CODE.

If payment is not received within 10 calendar days, a $25.00 additional penalty is due.

- 01 ☐ PM 302.4 — High Weeds — $75
- 04 ☐ 10-704.1 — Sidewalk not Litter Free — $50
- 06 ☐ 10-714.1 — Premises not Litter Free — $50
- 07 ☐ 10-717.1A — Trash Set out Early — $50

FINE AMOUNT FOR VIOLATION LISTED BELOW IS CIRCLED

$25  $50  $75  $100  $150  $250

19 ☒ Other: 10-6042B

Comments: Patrons Drinking on Sidewalk.

64563612

Returned Checks. If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize The City of Philadelphia or its agent to make a one-time electronic fund transfer from your account to collect a fee of $20; and (2) The City of Philadelphia or its agent may re-present your check electronically to your depository institution for payment.

Issuing Officer: PIO Evitts
Badge No.: 3362
Dept: PPD
Viol Dist: 39

Issued _____  Other _____

IMPORTANT ... See instructions on back.

311 #17146889

---

**CITY OF PHILADELPHIA**
**CODE VIOLATION NOTICE**



**6456360-1**  DATE 9.12.24  TIME 11:15 PM

NAME OF VIOLATOR: Tisha Vega
ADDRESS OF VIOLATOR: 2635 N. 2nd St.
CITY: Phila  STATE: PA  ZIP: 19133

VIOLATION STREET CODE:

LOCATION OF VIOLATION — HOUSE # 3153  DIRECTION N.  STREET NAME 22nd St.

OWNER CODE:
OWNER: Maya 2008 Investment Group LLC
OWNER ADDRESS: 2901 N. 27th
CITY: Philadelphia  STATE: PA  ZIP: 19132

YOU ARE HEREBY NOTIFIED THAT YOU VIOLATED THE FOLLOWING SECTION OF THE PHILADELPHIA CODE.

If payment is not received within 10 calendar days, a $25.00 additional penalty is due.

- 01 ☐ PM 302.4 — High Weeds — $75
- 04 ☐ 10-704.1 — Sidewalk not Litter Free — $50
- 06 ☐ 10-714.1 — Premises not Litter Free — $50
- 07 ☐ 10-717.1A — Trash Set out Early — $50

FINE AMOUNT FOR VIOLATION LISTED BELOW IS CIRCLED

$25  $50  $75  $100  $150  $250

19 ☒ Other: 92069A2

Comments: Created a nuisance.

Returned Checks. If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize The City of Philadelphia or its agent to make a one-time electronic fund transfer from your account to collect a fee of $20; and (2) The City of Philadelphia or its agent may re-present your check electronically to your depository institution for payment.

Issuing Officer: PIO Evitts
Badge No.: 3362
Dept: PPD
Viol Dist: 39

Issued _____  Other _____

IMPORTANT ... See instructions on back.