# EXHIBIT G

| Field | Value |
|---|---|
| LOCATION OF OCCURRENCE | 725 N. 10Th |
| DATE OF OCCUR. | 4/23/24 |
| DAY CODE | 1 |
| TIME OF OCCUR. | |
| NATURE OF INJURY | None |
| COMPLAINANT | Police |
| ADDRESS | 0900 |

**DESCRIPTION OF INCIDENT:**

S-BAR CHECK
Sgt 8795 visited CDO Beer store @ 725 N. 10Th st. No issues were noted.

LIC # R7636

| DATE OF OCCUR. | DAY CODE | TIME OF OCCUR. | A/P | NATURE OF INJURY |
|---|---|---|---|---|
| 9/18/24 | 3 | | | None |

725 N 10th

| COMPLAINANT | AGE | RACE | SEX | PHONE (HOME) |
|---|---|---|---|---|
| Police | | | | |

| ADDRESS | PHONE (BUSINESS) |
|---|---|
| 0900 | |

| FOUNDED | REPORT TO FOLLOW | UNIT | CODE | INV. CONT NO. |
|---|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No ☐ Close Out | | | |

| WITNESS | TRACEABLE PROP. | UNIQUE DESCRIPTION OF OFFENDER | OTHER EVIDENCE |
|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |

**DESCRIPTION OF INCIDENT** (Include Description of Crime Scene if Applicable)

S- BAR CHECK

Sgt. 8799 visited the CD Beer store at above location. No issues were noted during the check.

LIC # R7636 -
Manager X _____

| LOCATION OF OCCURRENCE | | | | | PREM. |
|---|---|---|---|---|---|
| 125 N. 10th | | | | 906? P | P |
| | | | | ☐ OUT | |

| DATE OF OCCUR. | DAY CODE | TIME OF OCCUR. | A/P | NATURE OF INJURY |
|---|---|---|---|---|
| 10/21/24 | 1 | | | None |

| COMPLAINANT | AGE | RACE | SEX | PHONE (HOME) |
|---|---|---|---|---|
| Police | | | | |

| ADDRESS | PHONE (BUSINESS) |
|---|---|
| 0900 | |

| FOUNDED | REPORT TO FOLLOW | UNIT | CODE | INV. CONT NO. |
|---|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No ☐ Close Out | | | |

| WITNESS | TRACEABLE PROP. | UNIQUE DESCRIPTION OF OFFENDER | OTHER EVIDENCE |
|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |

**DESCRIPTION OF INCIDENT** (Include Description of Crime Scene if Applicable)

S- BAR CHECK
Sgt. Callahan visited CDO Beer store @ above location. No issues were noted.

Lic. # R7636
X Refused to Sign

| WITNESS | ADDRESS | PHONE NUMBER |
|---|---|---|

**OFFENDER INFORMATION**

| PROPERTY DESCRIPTION (Include Make, Model, Color and Serial No. Where Applicable) | PROP. CODE | INSURED | STOLEN VALUE |
|---|---|---|---|
| | | ☐ Yes ☐ No | $ |

| VEHICLE 1 — OWNER'S NAME | VEHICLE 2 — OWNER'S NAME |
|---|---|
| | |

| VEHICLE 1 — OPERATOR'S NAME | VEHICLE 2 — OPERATOR'S NAME |
|---|---|

| WANTED/STOLEN MESSAGE SENT | DIST./UNIT TERMINAL | RECEIPT NO. | SENT BY | | |
|---|---|---|---|---|---|
| General No. ___ Date ___ | | | | | |

| REPORT PREPARED BY | NO. | DIST./UNIT | TOTAL PAGES | PAGE NO. |
|---|---|---|---|---|
| Powell | 216809 | 8799 | 09 | 1 / 1 |

| REVIEWED BY | NO. | DIST./UNIT | REFERRAL DATE | CEN NO. |