# EXHIBIT G

Case 2:24-cv-06348-JLS   Document 29-7   Filed 01/27/25   Page 1 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| INCIDENT CLASSIFICATION | | CODE | | TIME OUT | A | TIME IN | A |

**LOCATION OF OCCURRENCE:** 725 N. 10Th
☐ IN ☐ OUT    **TYPE OF PREM.**

**DATE OF OCCUR.:** 9/23/24
**DAY CODE:** 1
**TIME OF OCCUR.:** A / P
**NATURE OF INJURY:** None

**COMPLAINANT:** Police
**AGE:** **RACE:** **SEX:** **PHONE (HOME):**

**ADDRESS:** 0900
**PHONE (BUSINESS):**

**FOUNDED:** ☐ Yes ☐ No
**REPORT TO FOLLOW:** ☐ Yes ☐ No ☐ Close Out
**UNIT:** **CODE:** **INV. CONT NO.:**

**WITNESS:** ☐ Yes ☐ No
**TRACEABLE PROP.:** ☐ Yes ☐ No
**UNIQUE DESCRIPTION OF OFFENDER:** ☐ Yes ☐ No
**OTHER EVIDENCE:** ☐ Yes ☐ No

**DESCRIPTION OF INCIDENT** (Include Description of Crime Scene if Applicable)

S-BAR CHECK
Sgt. 8795 visited CDO Beer store
@ 725 N. 10Th st. No issues
were noted

LIC # R7636

**WITNESS:** **ADDRESS:** **PHONE NUMBER:**

**OFFENDER INFORMATION**

**PROPERTY DESCRIPTION** (Include Make, Model, Color and Serial No. Where Applicable)
**PROP. CODE:** **INSURED:** ☐ Yes ☐ No **STOLEN VALUE:** $

**DC NO.**

**VEHICLE 1 — OWNER'S NAME:** **VEHICLE 2 — OWNER'S NAME:**
**VEHICLE 1 — OPERATOR'S NAME:** **VEHICLE 2 — OPERATOR'S NAME:**

**WANTED/STOLEN MESSAGE SENT**
General No.    Date
**DIST./UNIT TERMINAL**
**RECEIPT NO.**
**SENT BY**

**REPORT PREPARED BY** **NO.** **DIST./UNIT** **TOTAL PAGES** **PAGE NO.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE OF OCCUR. 9/18/24 | DAY CODE 3 | TIME OF OCCUR. | A/P | NATURE OF INJURY None | | | |
| COMPLAINANT Police | | | AGE | RACE | SEX | PHONE (HOME) | |
| ADDRESS 0900 | | | | | | PHONE (BUSINESS) | |

| FOUNDED | REPORT TO FOLLOW | UNIT | CODE | INV. CONT NO. |
|---|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No ☐ Close Out | | | |

| WITNESS | TRACEABLE PROP. | UNIQUE DESCRIPTION OF OFFENDER | OTHER EVIDENCE |
|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |

**DESCRIPTION OF INCIDENT** (Include Description of Crime Scene if Applicable)

S- BAR CHECK

Sgt. 8799 visited the Cnn Beer store at above location. No issues were noted during the check.

LIC # R 7636 -
Manager X _____

| WITNESS | ADDRESS | PHONE NUMBER |
|---|---|---|

**OFFENDER INFORMATION**

| PROPERTY DESCRIPTION (Include Make, Model, Color and Serial No. Where Applicable) | PROP. CODE | INSURED ☐ Yes ☐ No | STOLEN VALUE $ |
|---|---|---|---|

| VEHICLE 1 — OWNER'S NAME | VEHICLE 2 — OWNER'S NAME |
|---|---|
| VEHICLE 1 — OPERATOR'S NAME | VEHICLE 2 — OPERATOR'S NAME |

| WANTED/STOLEN MESSAGE SENT | DIST./UNIT TERMINAL | RECEIPT NO. | SENT BY |
|---|---|---|---|

| LOCATION OF OCCURRENCE | | | | | PREM |
|---|---|---|---|---|---|
| 125 N. 10th | | | | ☐ OUT | |

| DATE OF OCCUR. | DAY CODE | TIME OF OCCUR. | A / P | NATURE OF INJURY |
|---|---|---|---|---|
| 10/21/24 | 1 | | | None |

| COMPLAINANT | AGE | RACE | SEX | PHONE (HOME) |
|---|---|---|---|---|
| Police | | | | |

| ADDRESS | PHONE (BUSINESS) |
|---|---|
| 0900 | |

| FOUNDED | REPORT TO FOLLOW | UNIT | CODE | INV. CONT NO. |
|---|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No ☐ Close Out | | | |

| WITNESS | TRACEABLE PROP. | UNIQUE DESCRIPTION OF OFFENDER | OTHER EVIDENCE |
|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |

**DESCRIPTION OF INCIDENT** (Include Description of Crime Scene if Applicable)

S - BAR CHECK
Sgt. Callahan visited CDO Beer store @ above location. No issues were noted.

Lic. # R7636
Refused to Sign

| REPORT PREPARED BY | NO. | DIST./UNIT | TOTAL PAGES | PAGE NO. |
|---|---|---|---|---|
| Powell  216809 | 8799 | 09 | 1 | 1 |