IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, *et al.*, | : : : Civil Action : No. 24-6348-JLS |
| Plaintiffs, | : |
| v. | : : |
| CITY OF PHILADELPHIA, *et al.*, | : : |
| Defendants. | : : |

**ORDER**

**AND NOW,** this 30th day of January, 2025, upon consideration of Defendant City of Philadelphia's Motion for Leave to File Memorandum of Law in Excess of Page Limit, it is hereby **ORDERED** that the Motion is **GRANTED** and the City may file a Memorandum of Law in support of its Motion to Dismiss the Amended Complaint in excess of the applicable page limit, not to exceed 35 pages in length.

/s/ Jeffrey L. Schmehl
───────────────────────────
Jeffrey L. Schmehl, J.