**EXHIBIT 2**

6/6/2023

```
             COUNCIL OF THE CITY OF PHILADELPHIA

           COMMITTEE ON LICENSES AND INSPECTIONS




                  Remote location using Microsoft® Teams
                  Tuesday, June 6, 2023
                  10:00 a.m.




         PRESENT:

             COUNCILMAN MICHAEL DRISCOLL, CHAIR
             COUNCILMAN MARK SQUILLA, VICE-CHAIR
             COUNCILWOMAN KATHERINE GILMORE RICHARDSON
             COUNCILMAN CURTIS JONES, JR.

     ALSO PRESENT:

             COUNCILMAN ANTHONY PHILLIPS




             BILL:  230271
```

```
 1            INSPECTOR HEALY:
 2     Councilwoman, I'm happy to step in
 3     and I'm sure my partners can step in.
 4     Kristin Bray I think is on the call
 5     as well.  She coordinates as part of
 6     the Nuisance Committee that we have.
 7     So if I say anything incorrectly, I'm
 8     sure she'll jump in and correct me.
 9            The plan right now, this
10     ordinance is really targeted at the
11     business level.  So the complaint
12     would come in as they normally would.
13     What happens now is the process once
14     we get those complaints is being
15     shifted as a result of this
16     ordinance.  So what happens is the
17     complaints will come in as they do,
18     311, are directed to the Captains
19     which a lot of them come into.  So
20     the Captains are identifying and
21     targeting -- I hate to use that word,
22     but they're identifying the locations
23     that are problematic based upon the
24     complaints they receive.
25            This ordinance is very
```

1  strategic or (inaudible) I should say
2  in the way that it needs to be
3  applied.  So it's not something that
4  the average police officer in the
5  District will be writing tickets on.
6  This is something that's coordinated
7  out of the Captain's office.  And I'm
8  happy to share what I've already
9  written before.  I have a Police
10 Commissioner Memorandum on this
11 ordinance and it's entitled, A
12 Nuisance for Commanders.  That's the
13 actual title of the enforcement plan
14 that we have.  It will be updated as
15 a result of this ordinance but -- or
16 the amendments.  But the process is
17 the complaints come into the Captain.
18 The Captain identifies those
19 locations.  And then basically you
20 have to understand just because
21 nuisances happen at a location
22 doesn't mean that the owner is aware
23 of it or is responsible for it.  So
24 there's a step-by-step process.
25 There's a three-step process as you

1  indicated.
2      The first thing is once we
3  identify nuisance behavior happening
4  out there, we send a first
5  notification letter to the owners of
6  the location indicating, listen, you
7  have nuisance behavior occurring at
8  or on your location.  You need to
9  reach out to the Captain.  We're
10 happy to reach with you, talk with
11 you and how to develop an abatement
12 plan.  If we get no response and we
13 hit it again and go out and get
14 another citation, now it used to be
15 the time period for citations used to
16 be more tight.  It's more now three
17 violations as a result of this
18 amendment in a year.  So it makes it
19 much easier to do this process and
20 explain it.
21      So the first letter goes out.
22 They don't respond.  We go back out
23 again.  We cite the individuals for
24 doing the behavior out on the
25 location.  A second time we notify

```
 1    second inspection, third inspection,
 2    coordination with the Strike Force or
 3    whatever type of coordination needs
 4    to take place for the --
 5            MS. REINHARDT:  I'm sorry.  I
 6    forgot to mention that our initial
 7    inspection we do coordinate with the
 8    police for assistance from the
 9    Narcotics Strike Force.  I forget to
10    mention that.  I apologize.  So they
11    are present at the initial drug
12    paraphernalia inspection.
13            INSPECTOR HEALY:  Can I jump
14    in very quickly and just add, the
15    purpose of our centralizing with the
16    inspector in the Nuisance Abatement
17    Unit or Nuisance Unit is for exactly
18    what you just mentioned, a
19    coordination of efforts and that way
20    they're using the Narcotics Strike
21    Force and using the ROC chiefs if we
22    need to use them for different
23    inspections.
24            So it's that coordination at
25    that higher level out of the Special
```

1    Operations Bureau is why that unit

2    was created. It's in its infancy

3    right now, but we are in fact

4    developing SOPs and flowcharts to

5    ensure that all this stuff is better

6    coordinated to the best we can do

7    between our agencies. But that was

8    the purpose of creating that unit,

9    and also assigning an investigative

10   person to that unit which is critical

11   to actually tying -- I guess we do a

12   lot of paperwork, a lot of things

13   happen out front but how do we prove

14   that what happened out front is

15   actually connected to the

16   establishment.

17         It may sound silly for us. We

18   all know on its face. But when Law

19   has to go in and argue these cases,

20   they really need to establish that

21   nexus. It's kind of like a problem

22   law statement in a criminal case.

23   It's very identical. So what we're

24   going to do is make sure that process

25   is in place. So as I mentioned

1    before, the jobs that we have
2    packaged up and hand off to L&I and
3    Law are completely thorough and
4    there's no holes in the
5    investigations and everything is
6    buttoned up tight, that will help us
7    making sure that these cases don't
8    walk when they go to court.  So
9    that's incredibly important.  So
10   we've dedicated the resources to that
11   within the Police Department.
12             COUNCILWOMAN GILMORE
13   RICHARDSON:  Okay.  Understood.  And
14   I have just two additional questions:
15   One would be specifically for the L&I
16   part of the process.  What is the
17   timeline for each step in the
18   process?  And then finally, based on
19   everything we heard today and knowing
20   where we are in the process and
21   knowing the requests that I know I
22   submitted and many of my colleagues
23   have, if you all can speak to if you
24   believe you currently have adequate
25   staffing to address the numerous