**EXHIBIT 3**

```
 COUNCIL OF THE CITY OF PHILADELPHIA

COMMITTEE ON LICENSES AND INSPECTIONS




                   Room 400, City Hall
                   Philadelphia, Pennsylvania
                   Friday, February 23, 2024
                   10:00 a.m.




PRESENT:

    COUNCILMAN MICHAEL DRISCOLL, CHAIR
    COUNCILMAN MARK SQUILLA, VICE-CHAIR
    COUNCILWOMAN JAMIE GAUTHIER
    COUNCILMAN ANTHONY PHILLIPS




BILL:  240013
```

Case 2:24-cv-06348-JLS   Document 34-3   Filed 02/10/25   Page 3 of 9
Committee on Licenses and Inspections
02/23/2024
5

1  thank you for allowing the Police

2  Department the opportunity to voice

3  its opinion on Bill No. 240013,

4  creating a commercial establishment

5  curfew in the Kensington area.

6        As you know as part of the

7  Mayor's Executive Order issued on

8  January 2, 2024, the Police

9  Commissioner has been tasked with

10  developing a strategy among other

11  strategies to permanently shut down

12  all pervasive open air drug markets

13  including, but not limited to, the

14  open air drug markets in the

15  Kensington neighborhood of

16  Philadelphia.

17        Commissioner Bethel

18  appointed Pedro Rosario as our

19  Deputy Commissioner to specifically

20  oversee this development or the

21  development and implementation of

22  the strategy.  As such, the PPD is

23  very grateful for any additional

24  tools that can be used to assist

25  and accomplish in our mission.

 1        For this reason, the PPD
 2   fully supports the creation of the
 3   commercial establishment curfew for
 4   businesses between the hours of
 5   11:00 p.m. and 6:00 a.m.  We
 6   believe this curfew can positively
 7   impact crime and disorder that
 8   historically occurs during the
 9   overnight hours.
10        Equally important, we
11   believe this bill can create a
12   synergy with a plan being developed
13   by the PPD to address not only open
14   air drug markets but the overall
15   quality of life for residents in
16   the Kensington area.  With that
17   said, I'd like to specifically
18   thank Councilmembers Lozada,
19   Harrity and Phillips for
20   introducing this bill.
21        On behalf of the
22   Commissioner, again thank you for
23   allowing us the opportunity to
24   voice our opportunity and I'll be
25   happy to answer any questions.

 1   That concludes my testimony.
 2           COUNCILMAN DRISCOLL:
 3   Commissioner, thank you for your
 4   testimony.  I don't know if we have
 5   any questions from the panel for
 6   the Commissioner.
 7           COUNCILWOMAN LOZADA:  I
 8   just have one question.  Deputy
 9   Commissioner, thank you for your
10   testimony this morning.  Can you
11   speak to what you all in the police
12   department have found within that
13   target area as it relates to
14   business activity that you all have
15   to respond to between that
16   11:00 p.m. to 6:00 a.m.?
17           What is the type of calls
18   you all receive to address in that
19   area?  How does it impact the
20   community from your standpoint, and
21   have you all had an opportunity to
22   talk to community residents about
23   figuring out how you improve or
24   change what is happening during the
25   course of that time?

```
 1   by commending the residents and the
 2   organizations in Kensington.  They
 3   have really been resilient in their
 4   efforts to have the City officials
 5   address what we believe is cleaning
 6   up Kensington, improving the
 7   quality of life and providing
 8   services that are vital to the
 9   City's success of showing up as a
10   world class city.
11           I also commend Mayor Parker
12   for placing this issue at the top
13   of her agenda in her 100-day plan,
14   action plan for the City, and the
15   Councilmembers who have recently
16   formed the Kensington Caucus which
17   aims to execute a
18   neighborhood-driven plan to address
19   this crisis.
20           And finally, I commend
21   Councilman Jones on his recent bill
22   to ban the gaming machines because
23   we also see it as part of these
24   nuisance businesses that operate
25   24/7 and kind of contribute to
```

```
 1   this.  However, I want to caution
 2   the City from looking at this as an
 3   isolated issue that only impacts
 4   Kensington.
 5              While Kensington is ground
 6   zero and has by far seen the worst
 7   of the epidemic and certainly
 8   deserves every resource and
 9   enforcement effort, the Frankford
10   neighborhood which is only
11   separated by one train stop, that's
12   the area in Torresdale Station, is
13   also a very vulnerable neighborhood
14   with very similar demographics when
15   it comes to racial makeup, poverty,
16   educational attainment, vacancy,
17   blight and disinvestment.
18              Bill No. 240013 seeks to
19   limit the operation hours of
20   certain businesses along Kensington
21   and Frankford Avenue corridor from
22   6:00 a.m. to 11:00 p.m.  We
23   understand and appreciate the need
24   for this legislation because
25   similar to Kensington, Frankford
```

```
 1    has a number of what we call smoke
 2    shops and businesses that operate
 3    with food establishment licenses,
 4    but they barely sell any food that
 5    have hours that extend for 24
 6    hours.
 7              These establishments have
 8    also served as a nuisance on our
 9    commercial corridor.  And several
10    of them have been shut down on
11    numerous occasions by L&I and by
12    the Health Department, but they
13    soon open right back up within a
14    day or two.  They have been a site
15    for illegal drug sales,
16    prostitution, shootings and other
17    violent crimes.
18              During COVID we've seen a
19    number of these 24/7 convenience
20    stores open up along the commercial
21    corridor, leaving us with about
22    three or four every block of
23    Frankford Avenue between Church
24    Street and Bridge Street.  That's
25    how concentrated it is.
```

```
 1           So again, we understand and
 2   appreciate what you're aiming to do
 3   with this bill.  However, to limit
 4   the bill from Lehigh to Tioga
 5   leaves Frankford in a very
 6   vulnerable place.  Like I said,
 7   we're only separated by one train
 8   stop.  And so, what you do in
 9   Kensington will likely push that
10   activity to Frankford because once
11   those -- the height of the activity
12   is like the Police Commissioner
13   said from 11:00 to 6:00 a.m.,
14   right, because L&I is not out there
15   to shut them down, Health
16   Department is not out there, a lot
17   of people are not out there calling
18   the cops, so that is the height of
19   the activity.
20           If you close it down in
21   Kensington from 11:00 to 6:00, they
22   can come right up the street, and
23   we have three to four on every
24   block on our commercial corridor,
25   and that activity will simply move
```