**EXHIBIT 4**

Case 2:24-cv-06348-JLS   Document 34-4   Filed 02/10/25   Page 2 of 6
Committee on Licenses and Inspections   1
06/03/2024

```
        COUNCIL OF THE CITY OF PHILADELPHIA

        COMMITTEE ON LICENSES AND INSPECTIONS




                    Room 400, City Hall
                    Philadelphia, Pennsylvania
                    Monday, June 3, 2024
                    1:40 p.m.




PRESENT:

    COUNCILMAN MICHAEL DRISCOLL, CHAIR
    COUNCILMAN MARK SQUILLA, VICE-CHAIR
    COUNCILWOMAN JAMIE GAUTHIER
    COUNCILWOMAN KATHERINE GILMORE RICHARDSON
    COUNCILMAN CURTIS JONES, JR.
    COUNCILMAN ANTHONY PHILLIPS




BILLS:   240371, 240414, 240468, 240471,
         240474, 240476, 240498, 240500
```

1          Bill No. 240500, an

2    ordinance amending Title 9 of The

3    Philadelphia Code, entitled

4    "Regulation of Businesses, Trades

5    and Professions," by adding a new

6    chapter creating requirements

7    related to the operation and

8    maintenance of electric vehicle

9    charging stations installed at

10   certain commercial and residential

11   parcels, all under certain terms

12   and conditions.

13          COUNCILMAN DRISCOLL:

14   Ms. McDonald, will you please call

15   the first panel we have to testify

16   this morning on Bill No. 240474.

17          THE CLERK:  Deputy

18   Commissioner Francis Healy of the

19   Philadelphia Police Department has

20   submitted a written testimony on

21   this bill.

22          COUNCILMAN DRISCOLL:  Duly

23   noted.

24          THE CLERK:  Shannon

25   Farrell.

1        (Witness approached Witness
2   table.)
3        COUNCILMAN DRISCOLL:  I
4   know you know the routine, but
5   state your name for the record.
6        MS. FARRELL:  Shannon
7   Farrell, President of Harrowgate
8   Civic Association.
9        COUNCILMAN DRISCOLL:  Thank
10  you for being here today.
11       MS. FARRELL:  Thank you for
12  presenting the bill.
13       COUNCILMAN DRISCOLL:
14  Please proceed.
15       MS. FARRELL:  So I was
16  actually one of the people who
17  reached out to Councilman
18  Driscoll's office to ask for the
19  curfew bill to be extended into our
20  area for some of the same reasons.
21  We have a lot of businesses that
22  are staying open during the night
23  that are barbershops that are not
24  cutting hair but are taking part
25  into the drug trade.

```
 1            We have other stores, take-
 2   out restaurants that are selling
 3   paraphernalia, drug paraphernalia,
 4   are selling papers, pipes and some
 5   of them have some needles in there,
 6   to sell them lose cigarettes and
 7   keeping the individuals that we are
 8   having issues with on the business
 9   corridors.
10            We have convenience stores
11   that are staying open that are
12   accepting stolen property that
13   they're stealing from us.  They
14   steal from us at night, steal off
15   our porches, from our yards, break
16   into our cars and they go to some
17   of the convenience stores that are
18   open overnight and sell them the
19   product.  I've personally had my
20   stuff stolen off my porch and then
21   went and found it at one of the
22   convenience stores.  We're
23   hoping -- our hope is that it will
24   help cut down on that during the
25   night.
```

1       Some of them play loud
2   music, some of the stores that
3   disturb the neighbors, and we're
4   hoping that it just kind of gives a
5   peaceful night and maybe less
6   stealing.  You know, if they have
7   nowhere to take it during the night
8   and they don't have anywhere to
9   store it, they might just leave it
10  alone.  And we're home during the
11  day sometimes and there's more
12  people out and it's more activity.
13       It draws some of the
14  individuals that are suffering with
15  drug abuse to residential streets
16  with the corners on the property
17  where they're sleeping outside of
18  it because that's where they're
19  getting a pint of rice, but they're
20  also picking up their loosie
21  cigarettes and their crack pipes
22  and their needles.  So we're hoping
23  that that'll help displace and stop
24  the behavior from coming closer
25  into the residents instead of along