**EXHIBIT 1**

COUNCIL OF THE CITY OF PHILADELPHIA

COMMITTEE ON LICENSES AND INSPECTIONS


Room 400, City Hall
Philadelphia, Pennsylvania
Monday, June 6, 2016
1:25 p.m.


PRESENT:
 COUNCILWOMAN MARIA D. QUINONES-SANCHEZ, CHAIR
 COUNCILWOMAN CINDY BASS
 COUNCILWOMAN JANNIE L. BLACKWELL
 COUNCILMAN ALLAN DOMB
 COUNCILMAN WILLIAM K. GREENLEE
 COUNCILMAN CURTIS JONES, JR.
 COUNCILMAN MARK SQUILLA
 COUNCILMAN AL TAUBENBERGER


BILLS 160115, 160245, 160249, 160303, 160365,
160468, and 160469


- - -

Committee on Licenses & Inspections
June 6, 2016

```
 1        6/6/16 - L&I - BILL 160115, etc.
 2     or that people choose to loiter outside
 3     in front of their business, but it is the
 4     responsibility of the owner to tell
 5     people they are not allowed to hang out
 6     out in front of an establishment but for
 7     so long.  And if a business owner has
 8     swept in front of their store and 30
 9     minutes later a strong wind comes along
10     and blows more trash in front of their
11     store, guess what?  We understand that
12     business owners are still responsible for
13     sweeping it up.  It may be annoying on a
14     busy workday.  It may be more than
15     annoying, but the bottom line is the
16     responsibility still falls on the
17     shoulders of the business owner and they
18     have to be held accountable if we ever
19     want all of our business corridors in the
20     City of Philadelphia to look as good as
21     Germantown Avenue in Chestnut Hill or
22     Main Street in Manayunk, for example.
23              The 22nd Street business
24     corridor is a melting pot of
25     nationalities who come together at our
```

Committee on Licenses & Inspections
June 6, 2016

Page 44

```
 1        6/6/16 - L&I - BILL 160115, etc.
 2    business association meetings to work in
 3    sync with each other.  We have Hispanic
 4    business owners, Arabic business owners,
 5    African business owners, African American
 6    business owners, Asians, and even a
 7    couple Italian business owners still on
 8    22nd Street.  When it comes to the stop
 9    and go's along our corridor, of which we
10    have four, they are all owned by Asian
11    Americans.  Recently, the Business
12    Association, as I noted earlier, met with
13    the President of the Asian American
14    Licensed Beverage Association, AALBA, and
15    some of their members to discuss concerns
16    we have about the stop and go's along
17    North 22nd Street and in that immediate
18    area about their lack of cleanliness,
19    loitering, and people urinating outside
20    on the sides of their buildings.
21            Adam Xue, President of the
22    Asian American Licensed Beverage
23    Association, has made a commitment that
24    stop and go's that are members of his
25    organization will work by a new set of
```

Committee on Licenses & Inspections
June 6, 2016

Page 45

```
 1        6/6/16 - L&I - BILL 160115, etc.
 2     standards and mandates that his
 3     organization has come up with to become
 4     better neighbors to other businesses and
 5     to become better neighbors to the
 6     community.  We believe that's a great
 7     step forward, but we understand that all
 8     stop and go's are not members of the
 9     Asian American Licensed Beverage
10     Association, and it is those stop and go
11     owners who most of all need to clean up
12     and fix up their businesses and clean up
13     their act.
14             That's a further reason why the
15     North 22nd Street Business Association
16     and the Allegheny West Foundation feels
17     the City needs a new law put into place
18     that has more teeth to it that can put
19     business owners on the hot seat, so to
20     speak, if they don't keep their
21     businesses clean and neat.
22             Getting business owners to take
23     better care of what their business looks
24     like and what the sidewalks look like
25     outside in front of their businesses is
```