**EXHIBIT 2**

6/6/2023

```
                COUNCIL OF THE CITY OF PHILADELPHIA

             COMMITTEE ON LICENSES AND INSPECTIONS




                      Remote location using Microsoft® Teams
                      Tuesday, June 6, 2023
                      10:00 a.m.




        PRESENT:

             COUNCILMAN MICHAEL DRISCOLL, CHAIR
             COUNCILMAN MARK SQUILLA, VICE-CHAIR
             COUNCILWOMAN KATHERINE GILMORE RICHARDSON
             COUNCILMAN CURTIS JONES, JR.

    ALSO PRESENT:

             COUNCILMAN ANTHONY PHILLIPS




             BILL:  230271
```

1           INSPECTOR HEALY:
2      Councilwoman, I'm happy to step in
3      and I'm sure my partners can step in.
4      Kristin Bray I think is on the call
5      as well.  She coordinates as part of
6      the Nuisance Committee that we have.
7      So if I say anything incorrectly, I'm
8      sure she'll jump in and correct me.
9            The plan right now, this
10     ordinance is really targeted at the
11     business level.  So the complaint
12     would come in as they normally would.
13     What happens now is the process once
14     we get those complaints is being
15     shifted as a result of this
16     ordinance.  So what happens is the
17     complaints will come in as they do,
18     311, are directed to the Captains
19     which a lot of them come into.  So
20     the Captains are identifying and
21     targeting -- I hate to use that word,
22     but they're identifying the locations
23     that are problematic based upon the
24     complaints they receive.
25           This ordinance is very

1   strategic or (inaudible) I should say
2   in the way that it needs to be
3   applied.  So it's not something that
4   the average police officer in the
5   District will be writing tickets on.
6   This is something that's coordinated
7   out of the Captain's office.  And I'm
8   happy to share what I've already
9   written before.  I have a Police
10  Commissioner Memorandum on this
11  ordinance and it's entitled, A
12  Nuisance for Commanders.  That's the
13  actual title of the enforcement plan
14  that we have.  It will be updated as
15  a result of this ordinance but -- or
16  the amendments.  But the process is
17  the complaints come into the Captain.
18  The Captain identifies those
19  locations.  And then basically you
20  have to understand just because
21  nuisances happen at a location
22  doesn't mean that the owner is aware
23  of it or is responsible for it.  So
24  there's a step-by-step process.
25  There's a three-step process as you

1  indicated.
2       The first thing is once we
3  identify nuisance behavior happening
4  out there, we send a first
5  notification letter to the owners of
6  the location indicating, listen, you
7  have nuisance behavior occurring at
8  or on your location.  You need to
9  reach out to the Captain.  We're
10 happy to reach with you, talk with
11 you and how to develop an abatement
12 plan.  If we get no response and we
13 hit it again and go out and get
14 another citation, now it used to be
15 the time period for citations used to
16 be more tight.  It's more now three
17 violations as a result of this
18 amendment in a year.  So it makes it
19 much easier to do this process and
20 explain it.
21      So the first letter goes out.
22 They don't respond.  We go back out
23 again.  We cite the individuals for
24 doing the behavior out on the
25 location.  A second time we notify

1    second inspection, third inspection,
2    coordination with the Strike Force or
3    whatever type of coordination needs
4    to take place for the --
5             MS. REINHARDT:  I'm sorry.  I
6    forgot to mention that our initial
7    inspection we do coordinate with the
8    police for assistance from the
9    Narcotics Strike Force.  I forget to
10   mention that.  I apologize.  So they
11   are present at the initial drug
12   paraphernalia inspection.
13            INSPECTOR HEALY:  Can I jump
14   in very quickly and just add, the
15   purpose of our centralizing with the
16   inspector in the Nuisance Abatement
17   Unit or Nuisance Unit is for exactly
18   what you just mentioned, a
19   coordination of efforts and that way
20   they're using the Narcotics Strike
21   Force and using the ROC chiefs if we
22   need to use them for different
23   inspections.
24            So it's that coordination at
25   that higher level out of the Special

1  Operations Bureau is why that unit
2  was created.  It's in its infancy
3  right now, but we are in fact
4  developing SOPs and flowcharts to
5  ensure that all this stuff is better
6  coordinated to the best we can do
7  between our agencies.  But that was
8  the purpose of creating that unit,
9  and also assigning an investigative
10 person to that unit which is critical
11 to actually tying -- I guess we do a
12 lot of paperwork, a lot of things
13 happen out front but how do we prove
14 that what happened out front is
15 actually connected to the
16 establishment.
17           It may sound silly for us.  We
18 all know on its face.  But when Law
19 has to go in and argue these cases,
20 they really need to establish that
21 nexus.  It's kind of like a problem
22 law statement in a criminal case.
23 It's very identical.  So what we're
24 going to do is make sure that process
25 is in place.  So as I mentioned

Case 2:24-cv-06348-JLS   Document 35-2   Filed 02/10/25   Page 8 of 8
Committee on Licenses and Inspections
6/6/2023
37

```
 1   before, the jobs that we have
 2   packaged up and hand off to L&I and
 3   Law are completely thorough and
 4   there's no holes in the
 5   investigations and everything is
 6   buttoned up tight, that will help us
 7   making sure that these cases don't
 8   walk when they go to court.  So
 9   that's incredibly important.  So
10   we've dedicated the resources to that
11   within the Police Department.
12              COUNCILWOMAN GILMORE
13   RICHARDSON:  Okay.  Understood.  And
14   I have just two additional questions:
15   One would be specifically for the L&I
16   part of the process.  What is the
17   timeline for each step in the
18   process?  And then finally, based on
19   everything we heard today and knowing
20   where we are in the process and
21   knowing the requests that I know I
22   submitted and many of my colleagues
23   have, if you all can speak to if you
24   believe you currently have adequate
25   staffing to address the numerous
```