**EXHIBIT 4**

COUNCIL OF THE CITY OF PHILADELPHIA

COMMITTEE ON LICENSES AND INSPECTIONS




Room 400, City Hall
Philadelphia, Pennsylvania
Monday, June 3, 2024
1:40 p.m.




PRESENT:

    COUNCILMAN MICHAEL DRISCOLL, CHAIR
    COUNCILMAN MARK SQUILLA, VICE-CHAIR
    COUNCILWOMAN JAMIE GAUTHIER
    COUNCILWOMAN KATHERINE GILMORE RICHARDSON
    COUNCILMAN CURTIS JONES, JR.
    COUNCILMAN ANTHONY PHILLIPS




BILLS:    240371, 240414, 240468, 240471,
          240474, 240476, 240498, 240500

```
 1              Bill No. 240500, an

 2    ordinance amending Title 9 of The

 3    Philadelphia Code, entitled

 4    "Regulation of Businesses, Trades

 5    and Professions," by adding a new

 6    chapter creating requirements

 7    related to the operation and

 8    maintenance of electric vehicle

 9    charging stations installed at

10    certain commercial and residential

11    parcels, all under certain terms

12    and conditions.

13              COUNCILMAN DRISCOLL:

14    Ms. McDonald, will you please call

15    the first panel we have to testify

16    this morning on Bill No. 240474.

17              THE CLERK:  Deputy

18    Commissioner Francis Healy of the

19    Philadelphia Police Department has

20    submitted a written testimony on

21    this bill.

22              COUNCILMAN DRISCOLL:  Duly

23    noted.

24              THE CLERK:  Shannon

25    Farrell.
```

```
 1            (Witness approached Witness

 2   table.)

 3            COUNCILMAN DRISCOLL:  I

 4   know you know the routine, but

 5   state your name for the record.

 6            MS. FARRELL:  Shannon

 7   Farrell, President of Harrowgate

 8   Civic Association.

 9            COUNCILMAN DRISCOLL:  Thank

10   you for being here today.

11            MS. FARRELL:  Thank you for

12   presenting the bill.

13            COUNCILMAN DRISCOLL:

14   Please proceed.

15            MS. FARRELL:  So I was

16   actually one of the people who

17   reached out to Councilman

18   Driscoll's office to ask for the

19   curfew bill to be extended into our

20   area for some of the same reasons.

21   We have a lot of businesses that

22   are staying open during the night

23   that are barbershops that are not

24   cutting hair but are taking part

25   into the drug trade.
```

```
 1          We have other stores, take-

 2   out restaurants that are selling

 3   paraphernalia, drug paraphernalia,

 4   are selling papers, pipes and some

 5   of them have some needles in there,

 6   to sell them lose cigarettes and

 7   keeping the individuals that we are

 8   having issues with on the business

 9   corridors.

10          We have convenience stores

11   that are staying open that are

12   accepting stolen property that

13   they're stealing from us.  They

14   steal from us at night, steal off

15   our porches, from our yards, break

16   into our cars and they go to some

17   of the convenience stores that are

18   open overnight and sell them the

19   product.  I've personally had my

20   stuff stolen off my porch and then

21   went and found it at one of the

22   convenience stores.  We're

23   hoping -- our hope is that it will

24   help cut down on that during the

25   night.
```

```
 1          Some of them play loud

 2    music, some of the stores that

 3    disturb the neighbors, and we're

 4    hoping that it just kind of gives a

 5    peaceful night and maybe less

 6    stealing.  You know, if they have

 7    nowhere to take it during the night

 8    and they don't have anywhere to

 9    store it, they might just leave it

10    alone.  And we're home during the

11    day sometimes and there's more

12    people out and it's more activity.

13          It draws some of the

14    individuals that are suffering with

15    drug abuse to residential streets

16    with the corners on the property

17    where they're sleeping outside of

18    it because that's where they're

19    getting a pint of rice, but they're

20    also picking up their loosie

21    cigarettes and their crack pipes

22    and their needles.  So we're hoping

23    that that'll help displace and stop

24    the behavior from coming closer

25    into the residents instead of along
```