**EXHIBIT 6**



**PHILADELPHIA POLICE DEPARTMENT**

**MEMORANDUM (24-06)** (08-16-24)

**SUBJECT: ENFORCEMENT OF BUSINESS CURFEWS**

1. **PURPOSE**

   A. The purpose of this policy is to provide guidance to police personnel enforcing business curfew ordinances contained within the Philadelphia City Code.

   B. These business curfews are narrowly tailored to specific sections of the City. Officers must ensure that enforcement activities only occur within the impacted zones.

2. **DEFINITIONS**

   A. **Commercial Establishment**: An establishment involved in the buying and selling of goods where consumers primarily purchase goods intended for consumption or use off premises, including any establishment or portion thereof where food is handled or sold, including a permanent structure, a stationary or movable stand, vehicle, cart, basket, box, vending machine or other container.

   <u>NOTE</u>: This *shall not* include:

   1. any Food Establishment with a restaurant liquor license;
   2. any Food Establishment that serves customers exclusively from a drive-through window; or
   3. any vehicle fueling station.

3. **CITY CODE § 9-640**

   A. No commercial establishment shall be open to the public during the hours and locations specified below:

   1. Between **11pm – 6am:**

      **24th and 15th Districts- See Map 1**

      a. The area bounded by East Allegheny Avenue, Kensington Avenue, Torresdale Avenue, and Frankford Avenue. This bounded area will include all businesses located on both sides of the boundary blocks.

**24th, 25th and 26th Districts- See Map 2**

b. The area bounded by East Lehigh Ave., Kensington Ave., 'D' St., East Tioga St. and Frankford Ave. This bounded area will include all businesses located on both sides of the boundary blocks.

**25th and 35th Districts- See Map 3**

c. The area bounded by North 5th St., Erie Ave., N 9th St. and Roosevelt Blvd. This bounded area will include all businesses located on both sides of the boundary blocks.

**15th, 24th, 25th and 35th Districts- See Map 4**

d. The area bounded by E Hunting Park Ave., N 5th St., Roosevelt Blvd. and Castor Ave. This bounded area will include all businesses located on both sides of the boundary blocks.

**24th, 25th and 26th Districts- See Map 5**

e. The area bounded by E Lehigh Ave, N 2nd St, E Hunting Park Ave, Whitaker Ave and B St. This bounded area will include all businesses located on both sides of the boundary blocks.

**35th District – See Map 6**

f. Wagner Avenue between North Broad Street and Old York Road. (See Map 6)

g. West Olney Avenue between North Broad Street and North Park Avenue. (See Map 6.1)

h. Old York Road between West Olney Avenue and West Tabor Road. (See Map 6.2)

i. North Broad Street between West Chew Avenue and West Tabor Road. (See Map 6.3)

2. Between **12am – 6am:**

**14th District – See Map 7**

a. Ogontz Avenue, between Haines Street and Cheltenham Ave, both sides of the street; and

2

**14th and 35th Districts –** **See Map 8**

    b. The area bounded by Ogontz Avenue, between Haines Street and 66th Avenue, both sides of the street.

## 2. PROCEDURE

A. Police personnel observing a violation of this ordinance shall:

1. Activate and record violations on Body-Worn Camera, consistent with Directive 4.21, "Body-Worn Cameras."

2. Attempt to make contact with the commercial establishment owner/manager and advise them that they are in violation of this ordinance.

    a. If the owner complies: Prepare a 75-48, Coded: "Investigate Premise" describing the details of the incident.

3. In the event that the commercial establishment owner/manager fails to comply:

    a. Issue a Code Violation Notice (CVN) consistent with Directive 3.6, Appendix B, "Code Violation Notices:"

        1) Violation Code: § 9-640 "Commercial Business Hour Restriction;"

        2) Penalty: $500;

        3) If unable to obtain the name of the business owner, list the name of the business as the "Name of Violator;"

        4) Enter the exact location of the business address;

        5) In the comments section, note that the manager/owner was advised of the City Ordinance and failed to comply.

    b. Prepare a 75-48, Coded "90-Z Violation of City Ordinances."

    c. Police personnel shall not make any attempts to forcefully close a business.

    d. Operations Room Supervisor (ORS) shall ensure that CVNs are processed in accordance with Directive 3.6, "Code Violation Notices."

B.  Commanding Officers shall:

   1.  Track violations of this City ordinance occurring within their respective Commands and notify the Neighborhood Nuisance Enforcement Unit of all violations.

   2.  For repeated violations, consider Nuisance Business Action, consistent with [Directive 4.25, "Nuisance Abatement Tool for Commanders."](#)

**Kevin J. Bethel**
**Police Commissioner**

# MAP 1 - 24th and 15th Districts
# 11PM – 6AM

Kensington to Frankford / E Allegheny to Torresdale



# MAP 2 - 24th, 25th and 26th Districts
# 11PM – 6AM

E Allegheny to E Tioga / D to Kensington to Frankford



# MAP 3 - 25th and 35th Districts
# 11PM – 6AM

## 5th St to 9th St / Roosevelt to W Erie



# MAP 4 - 15th, 24th, 25th and 35th Districts
# 11PM – 6AM



# MAP 5 - 24th, 25th and 26th Districts
# 11PM – 6AM

## Whitaker to B St to N 2nd / E Hunting Park to E Lehigh



# MAP 6 - 35th District
# 11PM – 6AM



# MAP 6.1 - 35th District
# 11PM – 6AM



# MAP 6.2 - 35th District
# 11PM – 6AM



# MAP 6.3 - 35th District
# 11PM – 6AM



# MAP 7 - 14th District
# 12AM – 6AM



# MAP 8 - 14th and 35th Districts
# 11PM – 6AM

