AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, doing business as ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION OF PHILADELPHIACOMPANY; YO DELI, INC.; BEST BEER, INC.; SKY BEER DELI, INC.; MAYA INVESTMENT GROUP, LLC; 7701 OGONTZ, INC.; CDD 725, INC.; ARAB AMERICAN BUSINESS ASSOCIATION AND PROFESSIONAL ASSOCIATION OF THE DELAWARE VALLEY <br> *Plaintiff(s)* <br> v. <br> CITY OF PHILADELPHIA; PENNSYLVANIA STATE POLICE BUREAU OF LIQUOR CONTROL ENFORCEMENT; PENNSYLVANIA LIQUOR CONTROL BOARD; CHERELLE PARKER, IN HER OFFICIAL CAPACITY AS MAYOR OF THE CITY OF PHILADELPHIA; DAVID W. SUNDAY, JR., IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA <br> *Defendant(s)* | Civil Action No.   24-cv-06348 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cherelle Parker, in her official capacity as Mayor of The City of Philadelphia
1400 John F Kennedy Blvd
Office 215
Philadelphia, Pa 19107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KYLE GARABEDIAN
Kang Haggerty LLC
123 S. Broad St.
Suite 1950
Philadelphia, PA 19109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ 1/31/2025 _____

CLERK OF COURT

*s/Ashley Mastrangelo*
Signature of Clerk or Deputy Clerk

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-cv-06348

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHERELLE PARKER IN HER OFFICIAL CAPACITY AS MAYOR OF THE CITY OF PHILADELPHIA
was received by me on *(date)* 2/3/2025

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* M. COLON, who is designated by law to accept service of process on behalf of *(name of organization)* CHERELL PARKER, IN HER OFFICIAL CAPACITY AS MAYOR OF THE CITY OF PHILADELPHIA on *(date)* 2/3/2025 ; at 12:40 pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: FEBRUARY 3RD 2025

*Server's signature*

MICHAEL DOYLE; PROCESS SERVER
*Printed name and title*

MICHAEL H DOYLE
SUITE 281
230 KINGS HIGHWAY EAST
HADDONFIELD NJ 08033

*Server's address*

215-545-7655

Additional information regarding attempted service, etc: