Civil Action No.    2:24-cv-06348

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **David W. Sunday Jr., In his official capacity as Attorney General of the Commonwealth of** was recieved by me on  **2/04/2025:**

[X]   I personally served the summons on the individual at **320 Market St, 16th Floor, Harrisburg, PA 17101** on **02/04/2025 at 11:02 AM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

[ ]    I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:   02/04/2025

*Server's signature*

**Elaine Beachler**
*Printed name and title*

**1116 Hudson St
Harrisburg, PA 17104**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to David W. Sunday Jr., In his official capacity as Attorney General of the Commonwealth of Pennsylvania with identity confirmed by subject nodding when named. The individual accepted service with security camera (documents left, seen by subject). The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'10"-6'0" tall and weighing 160-180 lbs.**




Tracking #: **0157432957**