IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF PHILADELPHIA, *et al.*,<br><br>*Defendants*. | CIVIL ACTION<br>NO. 24-6348 |

### O R D E R

**AND NOW**, this 11th day of February, 2025, upon consideration of:

(1) City of Philadelphia Defendants' Motion for Leave to Exceed Court's Twenty-Five Page Limit on Briefs as to Motion to Dismiss Amended Complaint, ECF No. 33;

(2) Commonwealth Defendants' Motion for Leave to Exceed Court's Twenty-Five Page Limit on Briefs as to Motion to Dismiss Amended Complaint, ECF No. 40; and

(3) Commonwealth Defendants' Motion for Leave to Exceed Court's Twenty-Five Page Limit on Briefs as to Opposition to Amended Motion for Preliminary Injunction, ECF No. 41;

it is hereby **ORDERED** as follows:

(1) City of Philadelphia Defendants' Motion for Leave to Exceed the Page Limit for Their Motion to Dismiss Amended Complaint is **GRANTED**;

(2) Commonwealth Defendants' Motion for Leave to Exceed the Page Limit for Their Motion to Dismiss Amended Complaint (ECF No. 36) is **GRANTED**;

(3) Commonwealth Defendants' Motion to Dismiss Plaintiffs' Amended Complaint is **DEEMED** accepted and filed as of February 10, 2025;

(4) Commonwealth Defendants' Motion for Leave to Exceed the Page Limit for Their Opposition to Plaintiffs' Amended Motion for Preliminary Injunction (ECF No. 37) is **GRANTED**; and

(5)     Commonwealth Defendants' Opposition to Plaintiffs' Amended Motion for Preliminary Injunction is **DEEMED** accepted and filed as of February 10, 2025.

                                               **BY THE COURT:**

                                          */s/ Jeffrey L. Schmehl*
                                          **JEFFREY L. SCHMEHL, J.**