# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, *et al.*, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | CIVIL ACTION |
| CITY OF PHILADELPHIA, *et al.*, | : : : | No. 24-6348-JLS |
| Defendants. | : : : : : | |

**[PROPOSED] STIPULATED ACKNOWLEDGMENT AND CONSENT**
**TO BE BOUND BY PROTECTIVE ORDER**

I hereby certify that: (i) I have read the Protective Order governing Confidential Discovery Material (the "Protective Order") entered by the Court in this action, and I understand its terms; (ii) I understand that Discovery Material designated as Confidential under the Protective Order is being provided to me pursuant to the terms of the Protective Order; (iii) I agree to be bound by all provisions of the Protective Order, including its provisions restricting disclosure of material designated as Confidential and limiting the use of such material to the conduct of this action; and (iv) I hereby submit to the jurisdiction of this Court and the U.S. District Court for the Eastern District of Pennsylvania for purposes of enforcing the Protective Order.

Dated: _____

Signature: _____

Printed Name: _____