IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF PHILADELPHIA, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br> NO. 24-6348 |

# **O R D E R**

**AND NOW**, this 13th day of February, 2025, upon consideration of the status of this matter, it is hereby **ORDERED** that a telephonic status conference is **SCHEDULED** for February 20, 2025, at 11:00 a.m. before the undersigned. Counsel for the parties shall call into the conference at 1-855-244-8681 and use access code 2324 292 1501.

BY THE COURT:


*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**