IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION D/B/A ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION OF PHILADELPHIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 2:24-cv-06348<br><br>*Jury Trial Demanded* |

## ORDER

AND NOW, this _____ day of _____, 2025 upon consideration of Plaintiffs' Motion for Leave to Exceed Page Limit on Briefs, and the oppositions thereto, for good cause shown, it is hereby **ORDERED** that Plaintiffs' Motion for Leave to Exceed the Page Limit on Briefs is hereby **GRANTED**.

_____
**HONORABLE JEFFREY L SCHMEHL**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION D/B/A ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION OF PHILADELPHIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 2:24-cv-06348<br><br>*Jury Trial Demanded* |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED
TWENTY-FIVE PAGE LIMIT ON BRIEFS**

Plaintiffs' Asian American Licensed Beverage Association, Yo Deli Inc., Best Beer, Inc., Sky Beer Deli, Inc., Maya Investment Group, LLC, 7701 Ogontz, Inc., CDD 725, Inc., and Arab American Business Association and Professional Association of the Delaware Valley ("Plaintiffs"), by and through undersigned counsel, hereby move for leave to exceed this Court's twenty-five page limit on briefs, specifically with respect to Plainitffs' Response in Opposition to City Defendants' and Commonwealth Defendants' Motions to Dismiss Plaintiffs' Amended Complaint (hereinafter, "Opposition").

The Court's Policies and Procedures require that all briefs or memoranda be limited to twenty-five pages. (Policies and Procedures of Schmehl, J., at p. 5.) Plaintiffs presently request permission to exceed the page limit, not to exceed fifty pages. Plaintiffs intend to file an Omnibus Opposition to the Motions to Dismiss filed by the Defendants. City Defendants' Memorandum of Law in Support of the Motion to Dismiss is a total of thirty-five pages in length, not including the

exhibits and corresponding Certificate of Service. ECF No. 34. Commonwealth Defendants' Memorandum in Support of the Motion to Dismiss is a total of forty-four pages in length, not including the corresponding Certificate of Service. ECF No. 36.

Plaintiffs contend good cause warrants to exceed the Court's page limit by twenty-five pages as they will be filing an omnibus Memorandum of Law in Support of the Opposition addressing both motions to dismiss, which were each granted leave to exceed the page limit and collectively total seventy-nine pages. Given the length and complexity of Defendants' arguments, additional pages are necessary to adequately respond to the issues raised.

Based on the foregoing, Plaintiffs respectfully request leave to exceed the twenty-five page limit on briefs enumerated within the Court's Policies and Procedures, with respect to Plaintiff's Omnibus Response in Opposition. Plaintiffs have conferred with opposing counsel, who do not oppose this request.

Respectfully submitted,

**KANG HAGGERTY LLC**

By: */s/ Kyle Garabedian*
    Edward T. Kang
    Kyle Garabedian
    Kelly Lavelle
    Kang Haggerty LLC
    123 South Broad Street, Suite 1950
    Philadelphia, Pennsylvania 19109
    (215) 525-5850 (tel)
    (215) 525-5860 (fax)
    ekang@kanghaggerty.com
    kgarabedian@kanghaggerty.com
    klavelle@kanghaggerty.com

Dated: February 20, 2025        *Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION D/B/A ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION OF PHILADELPHIA, et al. | : CIVIL ACTION : : : Case No. 2:24-cv-06348 |
| Plaintiffs, | : : |
| v. | : *Jury Trial Demanded* |
| CITY OF PHILADELPHIA, et al. | : : |
| Defendants. | : : |

## CERTIFICATE OF SERVICE

I, Kyle Garabedian, counsel for the Plaintiffs, hereby certify that a true and correct copy of the foregoing Motion for Leave to Exceed Page Limit on Briefs was served on the following counsel via CM/ECF notification.

| | |
|---|---|
| Sarin V. Keosian-Frounjian, Esq. Office of the Attorney General 1600 Arch St., Suite 300 Philadelphia, Pennsylvania 19103 skeosianfrounjian@attorneygeneral.gov *Counsel for Commonwealth Defendants* | Michael Wu-Kung Pfautz, Esq. Ryan Smith, Esq. City of Philadelphia Law Department 1515 Arch St., 15th Floor Philadelphia, PA 19102 Michael.pfautz@phila.gov Ryan.smith@phila.gov *Counsel for Defendant City of Philadelphia* |

/s/ Kyle Garabedian
Kyle Garabedian

Dated: February 20, 2025