IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION D/B/A ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION OF PHILADELPHIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 2:24-cv-06348<br><br>*Jury Trial Demanded* |

## ORDER

AND NOW, this  21st  day of     February    , 2025, upon consideration of Plaintiffs' Motion for Leave to Exceed Page Limit on Briefs, and the oppositions thereto, for good cause shown, it is hereby **ORDERED** that Plaintiffs' Motion for Leave to Exceed the Page Limit on Briefs is hereby **GRANTED**. Plaintiffs shall file one omnibus response to the pending motions to dismiss. The response shall not exceed 55 pages.

/s/ Jeffrey L. Schmehl
**HONORABLE JEFFREY L SCHMEHL**
**United States District Court Judge**