IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, et al. | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | Case No. 2:24-cv-06348 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | *Jury Trial Demanded* |
| | : | |
| Defendants. | : | |
| | : | |

# ORDER

AND NOW, this _____ day of _____, 2025 upon consideration of Defendants, Cherelle Parker, In Her Official Capacity as Mayor of the City of Philadelphia, City of Philadelphia, David W. Sunday, Jr., In His Official Capacity as Attorney General of the Commonwealth of Pennsylvania, Pennsylvania State Police Bureau of Liquor Control Enforcement and Pennsylvania Liquor Control Board's Motions to Dismiss Plaintiffs' Amended Complaint, and any response thereto, **IT IS HEREBY ORDERED** that the Motions are **DENIED** in their entirety. Defendants shall answer the Amended Complaint within fourteen (14 ) days from the entry of this Order.

_____
JEFFREY L. SCHMEHL, J.