IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF PHILADELPHIA, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br> NO. 2:24-CV-06348-JLS |

**O R D E R**

**AND NOW,** this 18th day of March, 2025, upon consideration of the parties' request to continue the hearing scheduled for March 19, 2025, it is hereby **ORDERED** that the hearing is **CONTINUED** until further order of the Court.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**