### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF PHILADELPHIA, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br> NO. 2:24-CV-06348-JLS |

### O R D E R

**AND NOW**, this 24th day of March, 2025, upon consideration of the Defendants' Motions to Dismiss, ECF Nos. 34, 36, the Plaintiffs' response thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

(1) the claims against Defendants Pennsylvania Liquor Control Board and Pennsylvania State Police Bureau of Liquor Control Enforcement are **DISMISSED WITH PREJUDICE**; and

(2) the remaining claims asserted in Plaintiffs' amended complaint are **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**