IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, *et al.*, | : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | No. 24-6348 |
| CITY OF PHILADELPHIA, *et al.*, | : : : : : | |
| Defendants. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**To the Clerk of the Court:**

Kindly enter the appearance of Senior Deputy Attorney General Kevin Bradford on behalf of Defendants Pennsylvania State Police Bureau of Liquor Control Enforcement, Pennsylvania Liquor Control Board, and Attorney General David W. Sunday, Jr.'s in the above-captioned case.

Also, kindly withdraw the appearance of Deputy Attorney General Sarin V. Keosian-Frounjian, on behalf of the above-named Defendants.

Respectfully submitted,

DAVID W. SUNDAY, JR.
Attorney General

Date: November 10, 2025   By:   */s/ Kevin Bradford*
                                 KEVIN BRADFORD
OFFICE OF ATTORNEY GENERAL       Senior Deputy Attorney General
1600 Arch Street, Suite 300      Attorney ID No. 88576
Philadelphia, PA 19103

Phone: (267)374-5450
kbradford@attorneygeneral.gov

/s/Sarin V. Keosian-Frounjian
Deputy Attorney General
Attorney ID No. 329591

NICOLE R. DITOMO
Chief Deputy Attorney General
*Counsel for Defendants Pennsylvania State Police Bureau of Liquor Control Enforcement, Pennsylvania Liquor Control Board  , and Attorney General David W. Sunday, Jr.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASIAN-AMERICAN LICENSED BEVERAGE ASSOCIATION, *et al.*, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-6348 |
| | : | |
| CITY OF PHILADELPHIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, Kevin Bradford, Senior Deputy Attorney General for the Commonwealth of Pennsylvania Office of Attorney General, hereby certify that the foregoing *Notice of Substitution of Counsel* has been filed electronically on this date and is available for viewing and downloading from the Court's Electronic Case Filing system by all counsel of record

 */s/ Kevin Bradford*
 **KEVIN BRADFORD**
 **Senior Deputy Attorney General**